**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
_____ (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | CGG Holding (U.S.) Inc. | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | CGG Veritas Holding (U.S.) Inc. <br> CGGVeritas Services Holding (U.S.) Inc. | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 2 0 – 8 0 2 6 7 6 2 | |
| 4. **Debtor's address** | **Principal place of business** <br><br> 10300 Town Park Drive <br> Number   Street <br><br> Houston   TX   77072 <br> City   State   ZIP Code <br><br> Harris <br> County | **Mailing address, if different from principal place of business** <br><br> Number   Street <br><br> P.O. Box <br><br> City   State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number   Street <br><br> City   State   ZIP Code |
| 5. **Debtor's website** (URL) | www.cgg.com | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    CGG Holding (U S ) Inc
          Name                                                              Case number (if known)_____

7. **Describe debtor's business**

   A Check one

   ☐ Health Care Business (as defined in 11 U S C § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U S C § 101(51B))
   ☐ Railroad (as defined in 11 U S C § 101(44))
   ☐ Stockbroker (as defined in 11 U S C § 101(53A))
   ☐ Commodity Broker (as defined in 11 U S C § 101(6))
   ☐ Clearing Bank (as defined in 11 U S C § 781(3))
   ☒ None of the above

   B Check all that apply

   ☐ Tax-exempt entity (as described in 26 U S C § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U S C § 80a-3)
   ☐ Investment advisor (as defined in 15 U S C § 80b-2(a)(11))

   C NAICS (North American Industry Classification System) 4-digit code that best describes debtor See http //www uscourts gov/four-digit-national-association-naics-codes

   5  4  1  3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   Check one

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11   Check all that apply

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that)

   ☐ The debtor is a small business debtor as defined in 11 U S C § 101(51D) If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U S C § 1116(1)(B)

   ☐ A plan is being filed with this petition

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U S C § 1126(b)

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934 File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list

   ☒ No
   ☐ Yes   District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases If more than 1, attach a separate list

    ☐ No
    ☒ Yes   Debtor    See Schedule 1                          Relationship   Affiliates
            District  Southern District of New York           When   _____
                                                                     MM / DD / YYYY
            Case number if known _____

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 2

Debtor  CGG Holding (U S ) Inc
_____
Name

Case number (if known)_____

**11. Why is the case filed in *this district*?**

Check all that apply

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes Answer below for each property that needs immediate attention Attach additional sheets if needed

Why does the property need immediate attention? (Check all that apply )

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options)

☐ Other _____

Where is the property?_____
                              Number        Street

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes  Insurance agency _____

        Contact name  _____

        Phone         _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one

☑ Funds will be available for distribution to unsecured creditors

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☑ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | CGG Holding (U S ) Inc | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0 $50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001 $1 billion |
|---|---|---|---|
| | ☐ $50,001 $100,000 | ☐ $10,000,001-$50 million | ☑ $1,000,000 001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000 001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both  18 U S C §§ 152, 1341, 1519, and 3571

**17. Declaration and signature of authorized representative of debtor**

☑ The debtor requests relief in accordance with the chapter of title 11, United States Code specified in this petition

☑ I have been authorized to file this petition on behalf of the debtor

☑ I have examined the information in this petition and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on 06/14/2017
MM / DD / YYYY

X _/s/_____     Vincent Thielen
Signature of authorized representative of debtor     Printed name

Title  Director, CGG Holding (U S ) Inc

**18 Signature of attorney**

X _/s/_____  Date 06/14/2017
Signature of attorney for debtor                MM / DD / YYYY

Alan W  Kornberg
Printed name

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Firm name

1285 Avenue of the Americas
Number     Street

New York                          NY          10019-6064
City                              State       ZIP Code

(212) 373-3000                    akornberg@paulweiss com
Contact phone                     Email address

1218593                           NY
Bar number                        State

## SCHEDULE 1 TO VOLUNTARY PETITION

## AFFILIATED ENTITIES

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filings of these petitions, such entities filed a motion requesting joint administration of their chapter 11 cases. In connection with these chapter 11 cases, CCG S.A. has filed for relief under chapter 15 in this Court.

Alitheia Resources Inc.
CGG Canada Services Ltd.
CGG Holding (U.S.) Inc.
CGG Holding B.V.
CGG Holding I (UK) Limited
CGG Holding II (UK) Limited
CGG Land (U.S.) Inc.
CGG Marine B.V.
CGG Marine Resources Norge AS
CGG Services (U.S.) Inc.
Sercel Canada Ltd.
Sercel, Inc.
Sercel-GRC Corp.
Viking Maritime Inc.

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name   CGG Holding (U.S.) Inc. |
| United States Bankruptcy Court for the: Southern    District of   New York (State) |
| Case number (if known): |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors

An Individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the Identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule ____

☒   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒   Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/14/2017
              MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Vincent Thielen
Printed name

Director, CGG Holding (U.S.) Inc.
Position or relationship to debtor

# CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS
## (EXCLUDING INSIDERS)[1]

|   | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (e.g., trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim as of the Petition Date ($'s in 000s) |
|---|---|---|---|---|---|
| 1 | **Bank of New York Mellon - 2021 Notes**<br>101 Barclay Street, 7E<br>New York, NY 10286<br>United States | Lesley Daley<br>(888) 204-3933<br>lesley.daley@bnymellon.com | 6.5% Senior Unsecured Notes due 2021 issued by CGG S.A. as borrower and guaranteed by each of the Debtors | - | $698,780 |
| 2 | **Bank of New York Mellon - 2020 Notes**<br>101 Barclay Street, 7E<br>New York, NY 10286<br>United States | Lesley Daley<br>(888) 204-3933<br>lesley.daley@bnymellon.com | 5.875% Senior Unsecured Notes due 2020 issued by CGG S.A. as borrower and guaranteed by each of the Debtors | - | $464,295 |
| 3 | **Bank of New York Mellon - 2022 Notes**<br>101 Barclay Street, 7E<br>New York, NY 10286<br>United States | Lesley Daley<br>(888) 204-3933<br>lesley.daley@bnymellon.Com | 6.875% Senior Unsecured Notes due 2022 issued by CGG S.A. as borrower and guaranteed by each of the Debtors | - | $431,657 |
| 4 | **Brunei Shell Petroleum Company SDN BHD**<br>Jalan Utara Panaga<br>Brunei | Fabian Ernst<br>673 337 2037<br>fabian.ernst@shell.com | Guarantee | Contingent | $20,194 |
| 5 | **Credit Agricole Corporate & Investment Bank**<br>9, Quai du Président Paul Doumer<br>Paris La Defense Cdx  92920<br>France | Marine Le Clainche Trouillet<br>+33 02 49 79 05 06<br>Marine.Leclainche-Trouillet@Ca-Atlantique-Vendee.Fr | Letter of Credit | Contingent | $9,053 |
| 6 | **U.S. Specialty Insurance Company**<br>13403 Northwest Freeway<br>Houston, TX 77040<br>United States | Edwin H. Frank, III<br>(713) 355-3100<br>efrank@indemco.com | Surety | Contingent | $2,045 |
| 7 | **The Welsh Ministers**<br>Crown Buildings<br>Cardiff  CF10 3NQ<br>Great Britain | Jeff Godfrey<br>Fax: 029 2082 3834<br>Email Not Available | Guarantee | Contingent | $628 |

---

[1] The information provided herein shall not constitute an admission of liability by, nor is it binding on, any of the Debtors. All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this Schedule.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (e.g., trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim as of the Petition Date ($'s in 000s) |
|---|---|---|---|---|---|
| 8 | **Travelers Casualty and Surety Company**<br>770 Pennsylvania Drive<br>Exton, PA  19341<br>United States | Bonnie S. Kolibas<br>(610) 458-2235<br>bkolibas@travelers.com | Surety | Contingent | $500 |
| 9 | **Sea Support Ventures LLC**<br>14637 East Main<br>Cut Off, LA 70345<br>United States | Randy Adams<br>(985) 632-6000<br>Email Not Available | Contract Counter Party | Contingent, Unliquidated | $335 |
| 10 | **Fedco Batteries**<br>1363 Capital Drive<br>Fond Du Lac, WI  54937<br>United States | Weldon Peterson<br>(920) 238-3245<br>wpeterson@fedcobatteries.com | Trade | - | $334 |
| 11 | **FS Precision Tech Co., LLC**<br>3025 East Victoria Street<br>Compton, CA  90221<br>United States | Vimal Parikh<br>(310) 638-2429<br>vimal.parikh@fs-precision.com | Trade | - | $184 |
| 12 | **American Alternative Insurance Corporation**<br>555 College Road East<br>Princeton, NJ  08540-6616<br>United States | Susan Allen<br>(281) 821-3995<br>susan.allen@ariesww.com | Surety | Contingent | $150 |
| 13 | **Hmr Mikromekanikk**<br>Toppemyr 3<br>Mjolkeraaen 10 5136<br>NO | Irene Grindheim<br>004755199800<br>irene.grindheim@hmr.no | Trade | - | $121 |
| 14 | **Owens Machine & Tool Co.**<br>561 North Cowan, #201<br>Lewisville, TX  75057<br>United States | Candace Chatman<br>(972) 219-2354<br>candace@owensmachine.com | Trade | - | $72 |
| 15 | **Future Electronics Corporation**<br>3255 Paysphere Circle<br>Chicago, IL  60674<br>United States | Gabriel Paterson<br>(978) 779-3124<br>gabriel.paterson@future.ca | Trade | - | $70 |
| 16 | **Greenefficient Inc**<br>4501 Magnolia Cove Drive, Suite 210<br>Kingwood, TX  77345<br>United States | Rick Walker<br>(281) 227-5732<br>rickwalker@greenefficient.com | Trade | - | $63 |
| 17 | **Arw Transformers Ltd**<br>Units 3-4, Block 1<br>Glasgow, Renfrewshire Re G46 8JF<br>Great Britain | Mhairi Mcvitie<br>+ 44(0)141-638-103<br>mhairi.ncvitie@arwtransformers.co.uk | Trade | - | $59 |
| 18 | **Wireco Worldgroup Inc.**<br>P.O. Box 844341<br>Dallas, TX  75284-4341<br>United States | Renata Foley<br>(281) 633-5317<br>renatafoley@wirecowolrdgroup.com | Trade | - | $59 |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim (e.g., trade debts, bank loans, professional services, and government contracts)** | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim as of the Petition Date** ($'s in 000s) |
|---|---|---|---|---|---|
| 19 | **Katalyst Data Management LLC**<br>10311 Westpark Drive<br>Houston, TX  77042<br>United States | Steve Darnell<br>(281) 529-3202<br>steve.darnell@katalystdm.com | Trade | - | $58 |
| 20 | **TDB, Inc.**<br>10010 Tanner Road<br>Houston, TX  77041<br>United States | Judy Sullivan<br>(713) 690-1452<br>judy@tdbinc.net | Trade | - | $56 |
| 21 | **Sodexo, Inc. & Affiliates**<br>P. O. Box 536922<br>Atlanta, GA  30353-6922<br>United States | Christy Lynne<br>(713) 515-8463<br>christy.lynne@sodexo.com | Trade | - | $53 |
| 22 | **Indalo International Ltd.**<br>Westcott Lane<br>Exeter, 0 EX5 2LL<br>Great Britain | Joe Aldridge<br>+ 44 1392 204 304<br>joe@indalo-uk.com | Trade | - | $47 |
| 23 | **Digi-Key Corporation**<br>P.O. Box 250<br>Thief River Falls, MN 56701-0250<br>United States | Customer Service<br>(800) 858-9616<br>customer.service@digi-key.com | Trade | - | $43 |
| 24 | **Accel International**<br>508 North Colony Street<br>Meriden, CT  06450<br>United States | Melissa St. Pierre<br>(203) 237-2700<br>mstpierre@accelinternational.com | Trade | - | $41 |
| 25 | **D & J Electronics**<br>P. O. Box 330220<br>Tulsa, OK  74133<br>United States | Dennis Phillipo<br>(918) 906-3951<br>dennis951@cox.net | Trade | - | $39 |
| 26 | **The Nut Place, Inc**<br>6605 North Gessner<br>Houston, TX  77040<br>United States | Vernon Achgill<br>(713) 462-3147<br>vernon@thenutplace.com | Trade | - | $38 |
| 27 | **Krayden Inc**<br>1491 West 124th Avenue<br>Westminster, CO  80234<br>United States | Rachel Harris<br>(800) 448-0406<br>remit@krayden.com | Trade | - | $38 |
| 28 | **WS Manufacturing LLC**<br>P. O. Box 781<br>Oologah, TX  74053<br>United States | Shiley Pierson<br>(918) 443-2773<br>metalcutter49@hotmail.com | Trade | - | $35 |

|  | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim (e.g., trade debts, bank loans, professional services, and government contracts)** | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim as of the Petition Date** ($'s in 000s) |
|---|---|---|---|---|---|
| 29 | **Concept Systems Ltd.**<br>1 Logie Mill<br>Edinburgh, EH7 4HG<br>Scotland | Rod Leger<br>(504) 726-2626<br>rob.leger@iongeo.com | Trade | - | $35 |
| 30 | **Hisco Inc**<br>P.O. Box 890811<br>Charlotte, NC  28289-0811<br>United States | Robin Winningham<br>(713) 934-1620<br>arctx@hiscoinc.com | Trade | - | $34 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**CGG HOLDING (U.S.) INC.,**<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 17-_____ (___)<br><br>**(Joint Administration Requested)** |

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF**
**THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, CGG Holding (U.S.) Inc. (the "Company") hereby states that the following corporations directly or indirectly hold 10% or more of the equity interests in the Company:

| Debtor | Equity Holder | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Alitheia Resources Inc. | CGG Services (U.S.) Inc. | 100% ownership interest | 10300 Town Park Drive Houston, Texas 77072 |
| CGG Canada Services Ltd | CGG Holding B.V. | 100% ownership interest | Bordewijklaan 58 The Hague 2591XR The Netherlands |
| CGG Holding (U.S.) Inc. | CGG Holding B.V. | 100% ownership interest | Bordewijklaan 58 The Hague 2591XR The Netherlands |
| CGG Holding B.V. | CGG S.A. (Non-Debtor) | 100% ownership interest | Tour Maine-Montparnasse 33, Avenue du Maine, B.P. 191, 75755 Paris Cedex 15, France |
| CGG Holding I (UK) | CGG Holding B.V. | 100% ownership interest | Bordewijklaan 58 The Hague 2591XR The Netherlands |

| CGG Holding II (UK) | CGG Holding B.V. | 100% ownership interest | Bordewijklaan 58 The Hague 2591XR The Netherlands |
|---|---|---|---|
| CGG Land (U.S.) Inc. | CGG Services (U.S.) Inc. | 100% ownership interest | 10300 Town Park Drive Houston, Texas 77072 |
| CGG Marine B.V. | CGG Holding B.V. | 100% ownership interest | Bordewijklaan 58 The Hague 2591XR The Netherlands |
| CGG Marine Resources Norge AS | CGG S.A. (Non-Debtor) | 100% ownership interest | Tour Maine-Montparnasse 33, Avenue du Maine, B.P. 191, 75755 Paris Cedex 15, France |
| CGG Services (U.S.) Inc. | CGG Holding (U.S.) Inc. | 100% ownership interest | 10300 Town Park Drive Houston, Texas 77072 |
| Sercel Canada Ltd. | Sercel, Inc. | 100% ownership interest | 17200 Park Row Houston, Texas 77084 |
| Sercel, Inc. | CGG Holding (U.S.) Inc. | 81% ownership interest | 10300 Town Park Drive Houston, Texas 77072 |
| | Sercel Holding SAS[1] (Non-Debtor) | 19% ownership interest | 16 rue de Bel Air 44470 Carquefou France |
| Sercel-GRC Corp. | Sercel, Inc. | 100% ownership interest | 17200 Park Row Houston, Texas 77084 |
| Viking Maritime Inc. | CGG Services (U.S.) Inc. | 100% ownership interest | 10300 Town Park Drive Houston, Texas 77072 |

---

[1] Sercel Holding SAS is 100% owned by CGG S.A.

## ACTION BY UNANIMOUS WRITTEN CONSENT IN
## LIEU OF A MEETING OF THE BOARD OF DIRECTORS
## OF CGG HOLDING (U.S.) INC.

June 13, 2017

The undersigned, constituting all of the members of the Board of Directors of CGG Holding (U.S.) Inc. (each a "Director" and collectively the "Board of Directors"), a Delaware corporation (the "Company"), do hereby unanimously take the following actions in writing without a meeting pursuant to the Company's Bylaws and Section 141(f) of the Delaware General Corporation Law as of the date set forth above:

WHEREAS, the Board of Directors has reviewed and considered the financial and operational condition of the Company and certain of its affiliates (each an "Affiliate" and, collectively with the Company, the "Group"), including the historical performance of the Group, the assets of the Group, the current and long-term liabilities of the Group, and the geoscience industry and credit market conditions, and has considered the best option is to seek relief in respect of these matters;

NOW THEREFORE LET IT BE:

RESOLVED, that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company and other stakeholders, that the Company file a voluntary petition for relief (the "Petition") and commence a case (the "Chapter 11 Case") under chapter 11 of title 11 of the United State Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and it is further

RESOLVED, that the Board of Directors or any officer of the Corporation or any authorized signatory (each, an "Authorized Signatory"), is hereby authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all of the petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED, that each Authorized Signatory be, and each of them individually hereby is, authorized and directed to employ any individual and/or firm, as counsel, professionals, consultants, or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Signatories are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Petition, and to cause to be filed appropriate applications for authority to retain the services of such firms; and it is further

**Cash Collateral**

RESOLVED that each Authorized Signatory be, and each of them individually hereby is, authorized, empowered, and directed to use in connection with the Company's Chapter 11 Case and in accordance with the provision of the Bankruptcy Code any cash collateral, with or without the consent or support of any counterparties to any agreement related to any such cash collateral; and it is further

RESOLVED, that each Authorized Signatory be, and each of them individually hereby is, authorized, empowered, and directed to negotiate, execute, and deliver agreements with regard to the use of cash collateral in connection with the Company's Chapter 11 Case and in accordance with the provisions of the Bankruptcy Code, including agreement(s) that may require the Company to grant liens and make payments to the Company's existing lender(s), and to take such additional action and to execute and deliver each other agreement, instrument, or document to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto that are in accordance with the provisions of the Bankruptcy Code as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further;

**General**

RESOLVED, each of the Authorized Signatories be, and each of them individually hereby is, authorized, directed and empowered from time to time in the name and on behalf of the Company, to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, (b) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company and (c) pay fees and expenses in connection with the transactions contemplated by the foregoing resolutions; and it is further

RESOLVED, that all actions previously taken by any director, officer, employee or agent of the Company in connection with or related to the matters set forth in or reasonably contemplated or implied by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that in connection with the transactions contemplated by the preceding resolutions, each Authorized Signatory be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, to certify these resolutions and any more formal or detailed resolutions as such officer may deem necessary, appropriate or desirable to effectuate the intent of the foregoing resolutions; and that thereupon such resolutions shall be deemed

2

adopted as and for the resolutions of the Board of Directors as if set forth at length herein; and it is further

RESOLVED, that this Unanimous Written Consent may be executed by facsimile or otherwise, by the undersigned, in counterparts, each of which shall be an original, but all of which together shall constitute one and the same document.

*[Signature page follows]*

3

**IN WITNESS WHEREOF**, each of the undersigned, being the Board of Directors, has executed this Unanimous Written Consent as of the date first written above.

By: _____
Name: Colin Murdoch
Title: Director

By: _____
Name: Vincent Thielen
Title: Director

By: _____
Name: Stephane-Paul Frydman
Title: Director