**UNITED STATES BANKRUPTCY COURT**

**Southern District of New York**

| | | |
|---|---|---|
| <u>In re</u> | ) | Chapter 11 |
| | ) | |
| CGG Holding (U.S.) Inc., et al., | ) | Case No 17-11637 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**

**CGG Holding (U.S.) Inc.**

**Case No: 17-11637**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CGG HOLDING (U.S.) INC., et al
Case Number: 17-11637 (Jointly Administered)

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

On June 14, 2017 (the "**Petition Date**"), CGG Holding (U.S.) Inc., CGG Holding B.V., CGG Marine B.V., CGG Holding I (UK) Limited, CGG Holding II (UK) Limited, CGG Services (U.S.) Inc., Alitheia Resources Inc., Viking Maritime Inc., CGG Land (U.S.) Inc., Sercel, Inc., Sercel-GRC Corp., Sercel Canada Ltd., CGG Canada Services Ltd., and CGG Marine Resources Norge AS (collectively, the "**Debtors**"), each commenced a case (collectively, the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.  No trustee, examiner or official committee has been appointed in the Chapter 11 Cases.  The Debtors' Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

Also on the Petition Date, the Debtors' ultimate parent company, CGG S.A., a *société anonyme* organized under French law, opened a French restructuring proceeding known as a procedure de sauvegarde (a safeguard proceeding) and has obtained recognition of such proceeding from the Bankruptcy Court by means of a chapter 15 petition.  CGG S.A.  is not a Debtor in these Chapter 11 Cases.

**OVERVIEW OF GLOBAL NOTES**

Each of the Debtors has herewith filed separate Schedules of Assets and Liabilities ("**Schedules**") and Statements of Financial Affairs ("**Statements**").  These Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules and Statements (the "**Global Notes**") relate to each Debtor's Schedules and Statements and set forth the basis upon which the Schedules and Statements are presented.  Unless otherwise indicated, information in the Schedules and Statements is presented as of the Petition Date and on an individual Debtor-by-Debtor basis.  Disclosure of information in one Schedule, Statement or exhibit, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement or exhibit.

The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.

The Schedules and Statements have been prepared pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007 by the Debtors' management with the assistance of the Debtors' advisors.

Each Schedule and Statement has been signed by a director or other person with authority to represent each of the individual Debtors.  In reviewing and signing the Schedules and Statements, the signatories necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals.  The signatories have not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

**NOTES PERTAINING TO ALL DEBTORS**

1.  **Reservations:**  Nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to the Chapter 11 Cases, including with respect to any issues involving substantive consolidation, recharacterization, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Although management has made reasonable efforts to ensure that the Schedules and Statements

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CGG HOLDING (U.S.) INC., et al
Case Number: 17-11637 (Jointly Administered)

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

are accurate and complete based upon information that was available to it at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Moreover, the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment. Any specific reservation otherwise contained in these Global Notes is in addition to, and not in lieu of, this general reservation of rights.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.

In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

2. **Global Notes Control:** These Global Notes comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements.

3. **Basis of Presentation:** For financial reporting purposes, before the Petition Date, the Debtors, along with certain non-Debtor affiliates, were included in consolidated financial statements based on International Financial Reporting Standards ("**IFRS**") that were audited annually. These Schedules and Statements do not purport to represent financial statements prepared in accordance with IFRS nor are they intended to fully reconcile with financial statements previously prepared by the Debtors and their affiliates. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. Because not all of the subsidiaries of CGG S.A. are Debtors in these Chapter 11 Cases, combining the assets and liabilities set forth in the Schedules and Statements of the Debtors would result in amounts that would be materially different from the financial information of CGG S.A. Accordingly, unlike consolidated financial statements prepared prepetition, the Schedules and Statements reflect assets and liabilities of each individual Debtor, unless otherwise indicated.

4. **Amendment:** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. Despite these efforts, inadvertent errors or omissions may exist. The Debtors reserve all rights to, but are not required to, amend or supplement, or both, the Schedules and Statements from time to time as is necessary and appropriate.

5. **Causes of Action:** Despite their reasonable efforts, the Debtors may not have listed all causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CGG HOLDING (U.S.) INC., et al**
**Case Number: 17-11637 (Jointly Administered)**

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

6. **Recharacterization:** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtors' business and operations, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available. In addition, listing a Claim as "secured," "priority," or "unsecured," or a contract as "executory" or "unexpired" does not constitute an admission or a waiver as to the status of such Claim or contract.

7. **Claim Description:** Certain Schedules and Statements permit the Debtors to designate claims as contingent, unliquidated or disputed. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that the claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any Claim reflected on their Schedules or Statements on any grounds, including, without limitation, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to, but are not required to, amend their Schedules and Statements as necessary and appropriate, including, modifying claim descriptions and designations.

8. **References:** Reference to applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of such agreements.

9. **Undetermined Amounts:** Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined." The description of an amount as "undetermined" is not intended to reflect upon the materiality of the amount.

10. **Payment of Prepetition Claims Pursuant to First Day Orders:** The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims, including, but not limited to claims of certain critical vendors, foreign creditors, taxing authorities, insurers and employees, pursuant to certain court orders (the "**First Day Orders**"). Accordingly, certain liabilities may have been reduced or eliminated by postpetition payments. Where the Schedules and Statements list such creditors and set forth the Debtors' scheduled amounts attributable to such Claims, such amounts reflect amounts owed as of the Petition Date, adjusted for any postpetition payments made based on authority granted in the First Day Orders. The Debtors reserve all of their rights to, but are not required to, amend their Schedules and Statements as necessary and appropriate for any subsequent payments made pursuant to a First Day Orders.

11. **Valuation:** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of their assets. Accordingly, unless otherwise indicated, assets in the Schedules and Statements reflect net book values as of May 31, 2017. Net book values may vary, sometimes materially, from market values. Certain other assets, such as investments in subsidiaries, are listed at undetermined amounts, as the net

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CGG HOLDING (U.S.) INC., et al**
**Case Number: 17-11637 (Jointly Administered)**

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

book values may differ materially from fair market values or the amounts ultimately realized.  The
Debtors do not intend to amend these Schedules and Statements to reflect actual values.

12. **Excluded Assets and Liabilities:** The Debtors believe that they have identified, but did not
necessarily value, all material categories of assets and liabilities in the Schedules and
Statements.  The Debtors have excluded the following items which may be included in their IFRS
financial statements from the Schedules: certain accrued liabilities, including, without limitation,
accrued salaries, employee benefit accruals, and certain other accruals and assets considered to
have no market value, and deferred gains.  Other immaterial assets and liabilities may also have
been excluded.

13. **Liabilities:** The Debtors have sought to allocate liabilities between the prepetition and postpetition
periods based on the information and research that was conducted in connection with the
preparation of the Schedules and Statements.  As additional information becomes available and
further research is conducted, the allocation of liabilities between prepetition and postpetition
periods may change.  The Debtors reserve the right to, but are not required to, amend the
Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under
section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or
challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or
the characterization of the structure of any such transaction or any document or instrument related
to any creditor's claim.

14. **Guarantees and Other Secondary Liability Claims:** The Debtors have used reasonable efforts
to locate and identify guarantees and other secondary liability claims (collectively, the
"**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt
instruments, and other such agreements.  If Guarantees have been identified, they have been
included in the relevant Schedules D, E/F, G and H for the affected Debtor or Debtors.  It is
possible that certain Guarantees embedded in their executory contracts, unexpired leases,
secured financings, debt instruments, and other such agreements may be inadvertently omitted.
Thus, the Debtors reserve all of their rights to, but are not required to, amend the Schedules if
additional Guarantees are identified.

15. **Intellectual Property Rights:** Exclusion of certain intellectual property shall not be construed to
be an admission that those intellectual property rights have been sold, abandoned, or terminated,
or otherwise have expired by their terms, or have been assigned or otherwise transferred
pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual
property shall not be construed to be an admission that those intellectual property rights have not
been abandoned, have not been terminated, or otherwise have not expired by their terms, or have
not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.
Accordingly, the Debtors reserve all of their rights as to the legal status of all intellectual property
rights.

16. **Currency:** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **Property and Equipment:** Unless otherwise indicated, owned property and equipment are stated
at net book value without consideration of any liens.  The Debtors may lease furniture, fixtures,
and equipment from certain third party lessors.  Any such leases are included in the Schedules

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CGG HOLDING (U.S.) INC., et al**
**Case Number: 17-11637 (Jointly Administered)**

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

and Statements.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease.

18. **Insiders:** Certain Statements require the Debtors to disclose payments to "insiders." Solely for purposes of these Statements, the Debtors include as "insiders:" (a) the Debtors' directors, (b) the Debtors' officers, (c) a person or entity in control of the Debtors, and (d) any relatives of any of the foregoing (if known by the Debtors), each as determined as of the Petition Date.  Persons have been included in the Statements for informational purposes only, and the listing of an individual as an insider is not intended to be, and should not be construed as, a legal characterization of that person as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are reserved.

19. **Employee Information**:  Due to United Kingdom, other European, and Canadian privacy laws and competitive concerns, information that would allow the personal and specific identification of current employees, former employees, and officers and directors has been replaced with a numerical cross-referenced unique identifier.

20. **Intercompany Payables and Receivables:** Prior to the Petition Date, the Debtors routinely engaged in intercompany transactions resulting in intercompany loans and accounts payable and receivable between Debtors and with non-Debtor affiliates.  Net loans and intercompany accounts receivable or payable as of May 31, 2017 are reported on Schedule A/B and Schedule F of each Debtor.

21. **Confidentiality:** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

22. **Payments:** The financial affairs and businesses of the Debtors are complex.  Before the Petition Date, the Debtors and non-Debtor affiliates participated in a consolidated cash management system through which certain payments were made by one entity on behalf of another.  As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system.  A description of the Debtors' prepetition cash management system is set forth in *DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105(a), 345(b), 363(c)(1), 364(a), AND 503(b) OF THE BANKRUPTCY CODE (I) AUTHORIZING USE OF THE DEBTORS' EXISTING CASH MANAGEMENT SYSTEM; (II) AUTHORIZING AND DIRECTING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS; (III) AUTHORIZING CONTINUED USE AND SATISFACTION OF INTERCOMPANY TRANSACTIONS; (IV) WAIVING REQUIREMENTS OF SECTION 345(b) OF THE BANKRUPTCY CODE; (V) AUTHORIZING THE DEBTORS TO USE EXISTING BANK ACCOUNTS AND EXISTING BUSINESS FORMS, AND (VI) GRANTING RELATED RELIEF* [ECF No. 11].

23. **Totals:** All totals that are included in the Schedules and Statements represent totals of all the quantified amounts included in the Schedules and Statements, including guarantees and other secondary liability claims, based on the Debtors' books and records, and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CGG HOLDING (U.S.) INC., et al**
**Case Number: 17-11637 (Jointly Administered)**

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

### 24. SPECIFIC SCHEDULES DISCLOSURE

**(a) Schedule A/B – Real and Personal Property:** Asset values are reported as of May 31, 2017 unless otherwise noted herein.

**(i) Schedule A/B Question 3:** The bank account balances listed are as of the Petition Date.

**(ii) Schedule A/B Question 11:** Net intercompany receivables are listed separately from third party receivables.

**(iii) Schedule A/B Question 15:** Equity interests in subsidiaries and affiliates primarily arise from common stock ownership. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all of their subsidiaries and affiliates.

**(iv) Schedule A/B Question 65:** Goodwill consists of the cost in excess of the fair value of the identifiable net assets of entities acquired in business combinations. Goodwill is not amortized but is tested annually for impairment, with more frequent tests required if indications of impairment exist. Goodwill is then recorded at cost subject to historical impairments, if any.

**(v) Schedule A/B Question 71:** Credit is extended to certain customers for purchases made in the ordinary course of business based upon the Debtors' assessment of creditworthiness.

**(vi) Schedule A/B Question 74:** Despite exercising their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. Unless otherwise noted on specific responses, items reported on Schedule A/B are reported from the Debtors' book and records as of the Petition Date. The Debtors reserve all of their rights with respect to any claims and causes of action they may have. Neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims or causes of action or to prejudice or impair the assertion thereof in any way.

**(vii) Schedule A/B Question 75:** In the ordinary course of business, the Debtors may have accrued, or may in the future accrue, certain rights to counter-claims, cross-claims, setoffs, and/or refunds with Debtors' customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.75.

**(b) Schedule D – Creditors Holding Secured Claims:** Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any such transaction or any document or

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CGG HOLDING (U.S.) INC., et al**
**Case Number: 17-11637 (Jointly Administered)**

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

instrument related to such claim. The descriptions provided on Schedule D only are intended to
be a summary. Reference to the applicable loan agreements and related documents is necessary
for a complete description of the collateral and the nature, extent, and priority of any liens. In
certain instances, a Debtor may be a co-obligor or guarantor for a scheduled claim of another
Debtor, and no claim on Schedule D of any Debtor is intended to acknowledge claims of creditors
that are otherwise satisfied or discharged by other entities.

**(c)** **Schedule E/F –** Creditors Holding Unsecured Claims: The Debtors have exercised their
reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. Claims listed on
Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a
claim arose is an open issue of fact. Although reasonable efforts have been made to list the date
that each claim arose, determination of each date upon which such claim E/F was incurred or
arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a
date for each claim listed on Schedule E/F.

As discussed above, the Bankruptcy Court entered First Day Orders granting authority to pay
certain prepetition claims. Claims against the Debtors for prepetition amounts that have not been
paid and for which authority has been received may be included in Schedule E/F. Accordingly,
the Debtors reserve their rights to object to any listed claims on the ground that, among other
things, they have already been satisfied. Listing a claim on Schedule E/F as priority does not
constitute an admission by the Debtors of the claimant's legal rights or a waiver of the Debtors'
right to recharacterize or reclassify the claim or contract.

Schedule E/F contains information regarding pending litigation involving the Debtors. Certain
litigation may relate to any of the other Debtors. In certain instances, the identity of the Debtors
that are the subject of the litigation is unclear or undetermined. However, if litigation involving a
particular Debtor has been identified, that information is contained in the Schedule for that Debtor.
The inclusion of any litigation in these Schedules and Statements does not constitute an
admission by the Debtors of liability, the validity of any action, the availability of insurance
coverage, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or
the amount or treatment of any potential claim resulting from any current or future litigation. For
the avoidance of doubt, the Debtors preserve all defenses with respect to any lawsuit listed on
Schedule E/F.

The Debtors have not listed on Schedule E/F any wage or wage-related obligations which the
Debtors have been granted authority to pay pursuant to the *FINAL ORDER PURSUANT TO 11
U.S.C. §§ 105(A), 362, 363, AND 507(A) AUTHORIZING THE DEBTORS TO (I) PAY CERTAIN
PREPETITION EMPLOYEE OBLIGATIONS, (II) MAINTAIN EMPLOYEE BENEFIT PROGRAMS
AND PAY REALTED OBLIGATIONS, AND (III) GRANT RELATED RELIEF* [ECF No. 107] ( the
**"Final Wage Order"**). The Debtors believe that all such obligations have been or will be satisfied
in the ordinary course.

In the ordinary course of business, the Debtors generally receive invoices for goods and services
after the delivery of such goods or services. As of the filing of the Schedules and Statements, the
Debtors had not received all invoices for payables, expenses, or liabilities that may have accrued
before the Petition Date. Accordingly, the information contained in Schedules E/F may be
incomplete. The Debtors reserve the right, but are not required, to amend Schedules E/F if and
as they receive such invoices. The claims of individual creditors are generally listed at the
amounts recorded on the Debtors' books and records and may not reflect credits or allowances
due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CGG HOLDING (U.S.) INC., et al**
**Case Number: 17-11637 (Jointly Administered)**

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS**
**REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

The Debtors provide various warranties on their products and contracts for specific periods of time and have warranty claims filed against them in the ordinary course. Warranties vary depending upon the nature of the product or contract and other factors. The liability for warranties is based upon future product performance and durability and is estimated largely based upon historical experience. Ordinary course warranty claims are not included in Schedule F.

**(d) Schedule G – Executory Contracts:** The business of the Debtors is large and complex. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. Nothing herein shall be construed as a concession or evidence that any of the contracts, agreements, and leases identified on Schedule G: (i) constitute an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code and other applicable law; or (ii) have not expired or been terminated or otherwise are not currently in full force and effect. Moreover, omission of a contract or lease from Schedule G does not constitute an admission that the contract or lease is not an executory contract or unexpired lease. The Debtors reserve all of their rights, including their right to seek a later determination of these issues and their right to dispute the validity, status, characterization, or enforceability of any contract or lease in Schedule G. Certain of these contracts or leases may have been modified, amended, or supplemented by various amendments, restatements, statement of works, waivers and other documents, instruments, and agreements that may not be listed, but are nonetheless incorporated by this reference.

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing may reflect distinct agreements between the applicable Debtor and the supplier or provider. Multiple purchase orders, repair orders, or agreements with the same supplier or provider may be summarized and may not be listed on Schedule G individually. Terms and conditions governing purchase orders, sales orders, and similar agreements may be referenced in an ancillary master services agreement ("MSA") or other governing document. Schedule G includes certain of such MSAs or other governing documents. By their inclusion in this Schedule, the Debtors do not submit that any MSA is executory. The Debtors reserve all rights with respect to such MSAs, including, but not limited to, the right to argue that they are executory.

The Debtors may have entered into various agreements in the ordinary course of their business, such as nondisclosure agreements, confidentiality agreements, insurance policies, engagement letters and similar such agreements. These documents are not listed on Schedule G. Also, every employee of the debtors has received an offer letter or similar document that could be considered an executory contract. These agreements are not listed on Schedule G.

**(e) Schedule H – Co-Debtors:** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary. The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CGG HOLDING (U.S.) INC., et al**
**Case Number: 17-11637 (Jointly Administered)**

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS**
**REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. [Because such claims are listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H. Schedule H also reflects guarantees by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

25. **SPECIFIC STATEMENT DISCLOSURE**

(a) **Statements – Question 1 – Gross Revenues from Business:** The gross revenue from business, including intercompany business revenue, is listed through May 31, 2017, rather than through the Petition Date.

(b) **Statements – Question 2 – Non-Business Revenue:** Non-business revenue, including intercompany non-business revenue, is listed through May 31, 2017, rather than through the Petition Date.

(c) **Statements – Question 3 - 90 Day Payments:** The dates in the date of payment column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an ACH payment; or (iii) the clearance or issuance date for a check or money order. Although the Debtors have attempted to remove unfunded and rejected payments, there may be items in process; therefore, certain payments reflected in Question 3 may not have been paid, and those amounts may also appear as unsecured non-priority claims in Schedule F as amounts owed to the same entities. Payments or transfers made within the 90 days before the Petition Date to non-employee directors and/or insiders are included in Question 4, and not listed on Question 3.

(d) **Statements – Question 4 – Payments to or for the Benefit of Insiders:** Payments, distributions and withdrawals credited or given to insiders listed under this question include transfers and payments that benefited any insider made within one year of the Petition Date that would otherwise be included in Question 30 herein. The Debtors have included cash transfers to their respective parent companies, except for cash pooling transfers made as a result of the Debtors' participation in global cash pooling movements of cash to and from concentration accounts. Additionally, the Debtors have not included intercompany netting transactions which occurred in the ordinary course of business. These types of intercompany cash transfers are consistent with the ordinary course of business and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list all of the normal netting transactions and cash transfers.

(e) **Statements – Question 6 – Setoffs:** The Debtors routinely incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings primarily are due to intercompany transactions. Other setoffs may relate to counterparty settlements, pricing discrepancies or warranties between the Debtors and their customers or suppliers. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, ordinary course set-offs are excluded from the Debtors' responses to Question 6 of the Statements. Moreover, Debtors do not have any non-ordinary course set-offs to report in Question 6.

(f) **Statements – Question 7: Legal Actions or Assignments:** The Debtors are involved in various litigation matters in the ordinary course of business. Reserves are included in the balance sheet

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CGG HOLDING (U.S.) INC., et al**
**Case Number: 17-11637 (Jointly Administered)**

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

for issues when a negative outcome is probable and the amount is reasonably estimable.  In the opinion of management, while it is possible that certain outcomes could be unfavorable to the Debtors, the ultimate resolution of such matters will not result in judgments that, in the aggregate, would materially affect the Debtors' financial position or results of operations.  As of the Petition Date, several matters were in the litigation and dispute resolution process.  The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

(g) **Statements – Question 10 – Certain Losses:**  The losses listed may exclude those incurred in the ordinary course of business, those where the amount is *de minimis*, or where the loss is less than the amount of the insurance deductible.  Amounts listed may include the value of property or estimated claim amounts for damage as well as other amounts.

(h) **Statements – Question 11 – Payments Related to Bankruptcy:**  During the several months of restructuring negotiations which occurred prior to the Petition Date, the restructuring expenses incurred by the CGG Group were largely paid by the group parent CGG S.A. Except as included in Statement Question 11 herein, such payments were not allocated to or paid by individual Debtors.

(i) **Statements – Question 21 – Property Held for Another Person:** Pursuant to various agreements including warranty, repair and other customer obligations, the Debtors regularly hold property undergoing repair or warranty related work on behalf of its customers in the ordinary course.  The Debtors have not included such amounts in their responses to Question 21.  To the extent the Debtors hold property on behalf of other persons which could be considered outside of the ordinary course, the Debtors have made their best efforts to include herein.

(j) **Statements – Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders:** The Debtors believe that Question 30 was answered by the Debtors' response to Question 4 and have therefore not listed any payments, distributions, or withdrawals to insiders under this section.

**CGG Holding (U.S.) Inc.**                                    Case Number:        **17-11637**

# Schedule A/B: Assets — Real and Personal Property

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| General description | Type of account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 2.1 | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts (Identify all)** | | | |
| 3.1   WELLS FARGO | CONCENTRATION ACCOUNT | 4344 | $8,003,838 |
| 4. **Other cash equivalents (Identify all)** | | | |
| 4.1 | | | |

5. **Total of Part 1.**                                                                   $8,003,838

    Add lines 2 through 4. Copy the total to line 80.

CGG Holding (U.S.) Inc.                                          Case Number:        17-11637

## Schedule A/B: Assets — Real and Personal Property

**Part 2:**    **Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
| --- | --- |
| | |

7.  **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | |
| --- | --- |
| 7.1 | |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
| --- | --- | --- |
| 8.1 | PREPAID - CREDIT SUISSE - ANNUAL ADMINISTRATIVE / AGENCY FEE FOR REVOLVER CREDIT FACILITY | $6,354 |
| 8.2 | PREPAID - WILMINGTON TRUST, N.A.  - ANNUAL ADMINISTRATIVE AGENCY FEE FOR TERM LOAN | $52,083 |

9.  **Total of Part 2**                                                                          **$58,437**
   Add lines 7 through 8. Copy the total to line 81.

CGG Holding (U.S.) Inc.                                              Case Number:        **17-11637**

## Schedule A/B: Assets — Real and Personal Property

| Part 3: | Accounts receivable |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| General description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
| --- | --- | --- | --- |
| 11.  Accounts receivable | | | |
| 11a. 90 days old or less: | $0 | - $0 | = $0 |
| 11b. Over 90 days old: | $0 | - $0 | = $0 |
| 11c. All accounts receivable: | | - | = |

| | |
| --- | --- |
| 12.  **Total of Part 3** | **$0** |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

<u>Specific Notes</u>

Accounts Receivable in question 11 includes third party receivables only.  See follow page for Net Intercompany Receivables.

## Schedule A/B – Real and Personal Property

1 - Positive numbers are receivables to the entities in the first column, and negative numbers are payables.

| Part 3: | Net Accounts Receivable – Intercompany |
| --- | --- |

| Debtor | | Net Intercompany to or from: | Receivable / (Payable)[1] |
| --- | --- | --- | --- |
| Alitheia Resources Inc. | Debtor | CGG Holding (U.S.) Inc. | $ 1,121,723 |
| Alitheia Resources Inc. | Non-Debtor | CGG SA | $ 413,333 |
| CGG Canada Services Ltd | Debtor | CGG Holding BV | $ (27,468,343) |
| CGG Canada Services Ltd | Debtor | CGG Services (U.S.) Inc. | $ (42,500) |
| CGG Canada Services Ltd | Debtor | SERCEL Canada | $ (7,200,895) |
| CGG Canada Services Ltd | Non-Debtor | CGG Airborne Survey (Pty) Ltd | $ 1,740,925 |
| CGG Canada Services Ltd | Non-Debtor | CGG Aviation Australia Pty Ltd | $ (79,582) |
| CGG Canada Services Ltd | Non-Debtor | CGG Data Services AG | $ (312,257) |
| CGG Canada Services Ltd | Non-Debtor | CGG Mexico SA de CV | $ 937,722 |
| CGG Canada Services Ltd | Non-Debtor | CGG SA | $ 375,543 |
| CGG Canada Services Ltd | Non-Debtor | CGG Services (Canada) Inc. | $ (5,365,683) |
| CGG Canada Services Ltd | Non-Debtor | Lasa Prospeccoes S.A. | $ 768,649 |
| CGG Holding (U.S.) Inc. | Debtor | Alitheia Resources Inc. | $ (1,121,723) |
| CGG Holding (U.S.) Inc. | Debtor | CGG Holding BV | $ (117,127,002) |
| CGG Holding (U.S.) Inc. | Debtor | CGG Land (U.S.) Inc. | $ 127,428,054 |
| CGG Holding (U.S.) Inc. | Debtor | CGG Services (U.S.) Inc. | $ (117,528,558) |
| CGG Holding (U.S.) Inc. | Debtor | SERCEL INC | $ (168,589,844) |
| CGG Holding (U.S.) Inc. | Debtor | Viking Maritime Inc. | $ (6,166,286) |
| CGG Holding (U.S.) Inc. | Non-Debtor | CGG Holding III (UK) Ltd | $ (190,000,000) |
| CGG Holding (U.S.) Inc. | Non-Debtor | CGG SA | $ (440,655,381) |
| CGG Holding BV | Debtor | CGG Canada Services Ltd | $ 27,468,343 |
| CGG Holding BV | Debtor | CGG Holding (U.S.) Inc. | $ 117,127,002 |
| CGG Holding BV | Debtor | CGG Holding I (UK) Ltd | $ 8,997,290 |
| CGG Holding BV | Debtor | CGG Holding II (UK) Ltd | $ 166,112,988 |
| CGG Holding BV | Debtor | CGG Marine BV | $ 48,160,695 |
| CGG Holding BV | Debtor | CGG Marine Resources Norge AS | $ (1,232,409) |
| CGG Holding BV | Non-Debtor | CGG Aviation Australia Pty Ltd | $ 6,642,809 |
| CGG Holding BV | Non-Debtor | CGG Data Management (Netherlands) B.V. | $ (1,169,500) |
| CGG Holding BV | Non-Debtor | CGG Data Management (UK) Ltd. | $ (1,050) |
| CGG Holding BV | Non-Debtor | CGG Data Services AG | $ (15,849,952) |
| CGG Holding BV | Non-Debtor | CGG Do Brazil Participacoes Ltda | $ 58,333 |
| CGG Holding BV | Non-Debtor | CGG Electro Magnetics (Germany) GmbH | $ - |
| CGG Holding BV | Non-Debtor | CGG Electromagnetics (Italy) Srl | $ (931,547) |
| CGG Holding BV | Non-Debtor | CGG Geoscience GmbH | $ (3,927,434) |
| CGG Holding BV | Non-Debtor | CGG Geoscience Mexico S.A. de C.V | $ 712,595 |
| CGG Holding BV | Non-Debtor | CGG Ground Geophysics (Australia) Pty. Ltd. | $ 3,363,800 |
| CGG Holding BV | Non-Debtor | CGG Holding III (UK) Ltd | $ (22,789,107) |
| CGG Holding BV | Non-Debtor | CGG Holding IV (UK) Ltd | $ 19,289 |
| CGG Holding BV | Non-Debtor | CGG International SA | $ 1,204,582 |
| CGG Holding BV | Non-Debtor | CGG Jason (Malaysia) Sdn Bhd | $ (215,060) |
| CGG Holding BV | Non-Debtor | CGG Mexico SA de CV | $ 12,436,033 |
| CGG Holding BV | Non-Debtor | CGG Nigeria Ltd | $ 8,406,878 |
| CGG Holding BV | Non-Debtor | CGG SA | $ (721,365,716) |
| CGG Holding BV | Non-Debtor | CGG Services (Australia) Pty. Ltd | $ 19,033,104 |
| CGG Holding BV | Non-Debtor | CGG Services (Malaysia) Sdn Bhd | $ 7,118,550 |
| CGG Holding BV | Non-Debtor | CGG Services (NL) B.V | $ 1,651,801 |
| CGG Holding BV | Non-Debtor | CGG Services (Norway) AS | $ 40,384,458 |
| CGG Holding BV | Non-Debtor | CGG Services (Singapore) Pte Ltd | $ 29,733,168 |
| CGG Holding BV | Non-Debtor | CGG Services (UK) Limited | $ 177,516,490 |
| CGG Holding BV | Non-Debtor | CGG Services Gabon | $ 40,785 |
| CGG Holding BV | Non-Debtor | CGG Services SAS | $ 163,224,736 |

## Schedule A/B – Real and Personal Property

| Part 3: | Net Accounts Receivable – Intercompany |
|---|---|

| Debtor | | Net Intercompany to or from: | Receivable / (Payable)[1] |
|---|---|---|---|
| CGG Holding BV | Non-Debtor | CGGExplo | $ (3,216,427) |
| CGG Holding BV | Non-Debtor | CGGVeritas Services (B) Sdn Bhd | $ 365,279 |
| CGG Holding BV | Non-Debtor | EXGEO C.A. | $ 1,727,701 |
| CGG Holding BV | Non-Debtor | Exploration Investment Resources II AS | $ 42,552,288 |
| CGG Holding BV | Non-Debtor | Exploration Vessel Resources II AS | $ (3,828,598) |
| CGG Holding BV | Non-Debtor | Geo Ship Management Services SAS | $ 486,898 |
| CGG Holding BV | Non-Debtor | Geoinnovacion Corporativa S de RL de CV | $ (463,996) |
| CGG Holding BV | Non-Debtor | Geomar SAS | $ (2,281,889) |
| CGG Holding BV | Non-Debtor | PT CGG Services Indonesia | $ 26,452,239 |
| CGG Holding BV | Non-Debtor | Robertson (UK) Ltd. | $ (884,607) |
| CGG Holding BV | Non-Debtor | Robertson GeoSpec International Ltd. | $ 601,501 |
| CGG Holding BV | Non-Debtor | Veritas DGC Ltd | $ (3,611) |
| CGG Holding BV | Non-Debtor | Veritas Geophysical III Caymans | $ (107,500,000) |
| CGG Holding BV | Non-Debtor | Veritas Geophysical Ltd | $ 1,175,162 |
| CGG Holding BV | Non-Debtor | VITZEL S.A. de C.V. | $ 2,295,348 |
| CGG Holding BV | Non-Debtor | Wavefield Inseis AS | $ (1,710,530) |
| CGG Holding I (UK) Ltd | Debtor | CGG Holding BV | $ (8,997,290) |
| CGG Holding I (UK) Ltd | Non-Debtor | CGG SA | $ (136,417,500) |
| CGG Holding II (UK) Ltd | Debtor | CGG Holding BV | $ (166,112,988) |
| CGG Holding II (UK) Ltd | Non-Debtor | CGG Holding III (UK) Ltd | $ (141,294,000) |
| CGG Land (U.S.) Inc. | Debtor | CGG Holding (U.S.) Inc. | $ (127,428,054) |
| CGG Land (U.S.) Inc. | Debtor | CGG Services (U.S.) Inc. | $ 3,061,530 |
| CGG Land (U.S.) Inc. | Non-Debtor | CGG Data Services AG | $ 28,468 |
| CGG Land (U.S.) Inc. | Non-Debtor | CGG SA | $ 413,333 |
| CGG Land (U.S.) Inc. | Non-Debtor | CGG Services (Canada) Inc. | $ (126,949) |
| CGG Land (U.S.) Inc. | Non-Debtor | CGG Services (NL) B.V | $ 62,997 |
| CGG Land (U.S.) Inc. | Non-Debtor | CGG Services SAS | $ (3,309,898) |
| CGG Marine BV | Debtor | CGG Holding (U.S.) Inc. | $ - |
| CGG Marine BV | Debtor | CGG Holding BV | $ (48,160,695) |
| CGG Marine BV | Debtor | SERCEL INC | $ (458,400) |
| CGG Marine BV | Non-Debtor | CGG SA | $ 413,333 |
| CGG Marine BV | Non-Debtor | CGG Services SAS | $ 3,733,082 |
| CGG Marine BV | Non-Debtor | SERCEL SAS | $ 94,980 |
| CGG Marine BV | Non-Debtor | VITZEL S.A. de C.V. | $ 2,077,744 |
| CGG Marine Resources Norge AS | Debtor | CGG Holding BV | $ 1,232,409 |
| CGG Marine Resources Norge AS | Non-Debtor | CGG SA | $ 413,333 |
| CGG Marine Resources Norge AS | Non-Debtor | CGG Services (Norway) AS | $ 30,000,000 |
| CGG Services (U.S.) Inc. | Debtor | CGG Canada Services Ltd | $ 42,500 |
| CGG Services (U.S.) Inc. | Debtor | CGG Holding (U.S.) Inc. | $ 117,528,558 |
| CGG Services (U.S.) Inc. | Debtor | CGG Land (U.S.) Inc. | $ (3,061,530) |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Airborne Survey (Pty) Ltd | $ 93,166 |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Aviation Australia Pty Ltd | $ (80,438) |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Data Services AG | $ 164,778 |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Do Brazil Participacoes Ltda | $ 206,348 |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG International SA | $ 27,017 |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Mexico SA de CV | $ 9,261,850 |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG SA | $ 358,951 |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Services (Canada) Inc. | $ (105,621) |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Services (NL) B.V | $ 1,401,377 |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Services (UK) Limited | $ (13,481) |
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Services India Private Ltd | $ 34,718 |

## Schedule A/B – Real and Personal Property

1 - Positive numbers are receivables to the entities in the first column, and negative numbers are payables.

| Part 3: | Net Accounts Receivable – Intercompany |
|---|---|

| Debtor | | Net Intercompany to or from: | Receivable / (Payable)[1] |
|---|---|---|---|
| CGG Services (U.S.) Inc. | Non-Debtor | CGG Services SAS | $ 811,902 |
| CGG Services (U.S.) Inc. | Non-Debtor | Lasa Prospeccoes S.A. | $ 352,723 |
| SERCEL Canada | Debtor | CGG Canada Services Ltd | $ 7,200,895 |
| SERCEL Canada | Debtor | SERCEL INC | $ 82,775 |
| SERCEL Canada | Non-Debtor | CGG SA | $ 413,333 |
| SERCEL Canada | Non-Debtor | SERCEL SAS | $ 30,215 |
| SERCEL GRC | Debtor | CGG Holding (U.S.) Inc. | $ - |
| SERCEL GRC | Debtor | SERCEL INC | $ (46,110,810) |
| SERCEL GRC | Non-Debtor | CGG SA | $ 413,333 |
| SERCEL GRC | Non-Debtor | SERCEL SAS | $ 1,940 |
| SERCEL INC | Debtor | CGG Holding (U.S.) Inc. | $ 168,589,844 |
| SERCEL INC | Debtor | CGG Marine BV | $ 458,400 |
| SERCEL INC | Debtor | CGG Services (U.S.) Inc. | $ - |
| SERCEL INC | Debtor | SERCEL Canada | $ (82,775) |
| SERCEL INC | Debtor | SERCEL GRC | $ 46,110,810 |
| SERCEL INC | Non-Debtor | CGG SA | $ 413,333 |
| SERCEL INC | Non-Debtor | CGG Services SAS | $ 908,969 |
| SERCEL INC | Non-Debtor | SERCEL JUNG FENG | $ (226,946) |
| SERCEL INC | Non-Debtor | SERCEL SAS | $ 279,499 |
| SERCEL INC | Non-Debtor | SERCEL SINGAPORE | $ (25,909) |
| Viking Maritime Inc. | Debtor | CGG Holding (U.S.) Inc. | $ 6,166,286 |
| Viking Maritime Inc. | Non-Debtor | CGG SA | $ 413,333 |

## Schedule A/B – Real and Personal Property

1 - Positive numbers are receivables to the entities in the first column, and negative numbers are payables.

| Part 3: | Net Accounts Receivable – Intercompany | |
|---|---|---|

| Non-Debtor | | Net Intercompany to or from: | Receivable / (Payable)[1] |
|---|---|---|---|
| CGG Airborne Survey (Pty) Ltd | Debtor | CGG Canada Services Ltd | $ (1,740,925) |
| CGG Airborne Survey (Pty) Ltd | Debtor | CGG Services (U.S.) Inc. | $ (93,166) |
| CGG Aviation Australia Pty Ltd | Debtor | CGG Canada Services Ltd | $ 79,582 |
| CGG Aviation Australia Pty Ltd | Debtor | CGG Holding BV | $ (6,642,809) |
| CGG Aviation Australia Pty Ltd | Debtor | CGG Services (U.S.) Inc. | $ 80,438 |
| CGG Data Management (Netherlands) B.V | Debtor | CGG Holding BV | $ 1,169,500 |
| CGG Data Management (UK) Ltd. | Debtor | CGG Holding BV | $ 1,050 |
| CGG Data Services AG | Debtor | CGG Canada Services Ltd | $ 312,257 |
| CGG Data Services AG | Debtor | CGG Holding BV | $ 15,849,952 |
| CGG Data Services AG | Debtor | CGG Land (U.S.) Inc. | $ (28,468) |
| CGG Data Services AG | Debtor | CGG Services (U.S.) Inc. | $ (164,778) |
| CGG Do Brazil Participacoes Ltda | Debtor | CGG Holding BV | $ (58,333) |
| CGG Do Brazil Participacoes Ltda | Debtor | CGG Services (U.S.) Inc. | $ (206,348) |
| CGG Electromagnetics (Italy) Srl | Debtor | CGG Holding BV | $ 931,547 |
| CGG Geoscience GmbH | Debtor | CGG Holding BV | $ 3,927,434 |
| CGG Geoscience Mexico S.A. de C.V | Debtor | CGG Holding BV | $ (712,595) |
| CGG Ground Geophysics (Australia) Pty. L | Debtor | CGG Holding BV | $ (3,363,800) |
| CGG Holding III (UK) Ltd | Debtor | CGG Holding (U.S.) Inc. | $ 190,000,000 |
| CGG Holding III (UK) Ltd | Debtor | CGG Holding BV | $ 22,789,107 |
| CGG Holding III (UK) Ltd | Debtor | CGG Holding II (UK) Ltd | $ 141,294,000 |
| CGG Holding IV (UK) Ltd | Debtor | CGG Holding BV | $ (19,289) |
| CGG International SA | Debtor | CGG Holding BV | $ (1,204,582) |
| CGG International SA | Debtor | CGG Services (U.S.) Inc. | $ (27,017) |
| CGG Jason (Malaysia) Sdn Bhd | Debtor | CGG Holding BV | $ 215,060 |
| CGG Mexico SA de CV | Debtor | CGG Canada Services Ltd | $ (937,722) |
| CGG Mexico SA de CV | Debtor | CGG Holding BV | $ (12,436,033) |
| CGG Mexico SA de CV | Debtor | CGG Services (U.S.) Inc. | $ (9,261,850) |
| CGG Nigeria Ltd | Debtor | CGG Holding BV | $ (8,406,878) |
| CGG SA | Debtor | Alitheia Resources Inc. | $ (413,333) |
| CGG SA | Debtor | CGG Canada Services Ltd | $ (375,543) |
| CGG SA | Debtor | CGG Holding (U.S.) Inc. | $ 440,655,381 |
| CGG SA | Debtor | CGG Holding BV | $ 721,365,716 |
| CGG SA | Debtor | CGG Holding I (UK) Ltd | $ 136,417,500 |
| CGG SA | Debtor | CGG Holding II (UK) Ltd | $ - |
| CGG SA | Debtor | CGG Land (U.S.) Inc. | $ (413,333) |
| CGG SA | Debtor | CGG Marine BV | $ (413,333) |
| CGG SA | Debtor | CGG Marine Resources Norge AS | $ (413,333) |
| CGG SA | Debtor | CGG Services (U.S.) Inc. | $ (358,951) |
| CGG SA | Debtor | SERCEL Canada | $ (413,333) |
| CGG SA | Debtor | SERCEL GRC | $ (413,333) |
| CGG SA | Debtor | SERCEL INC | $ (413,333) |
| CGG SA | Debtor | Viking Maritime Inc. | $ (413,333) |
| CGG Services (Australia) Pty. Ltd | Debtor | CGG Holding BV | $ (19,033,104) |
| CGG Services (Canada) Inc. | Debtor | CGG Canada Services Ltd | $ 5,365,683 |
| CGG Services (Canada) Inc. | Debtor | CGG Land (U.S.) Inc. | $ 126,949 |
| CGG Services (Canada) Inc. | Debtor | CGG Services (U.S.) Inc. | $ 105,621 |
| CGG Services (Malaysia) Sdn Bhd | Debtor | CGG Holding BV | $ (7,118,550) |
| CGG Services (NL) B.V | Debtor | CGG Holding BV | $ (1,651,801) |
| CGG Services (NL) B.V | Debtor | CGG Land (U.S.) Inc. | $ (62,997) |
| CGG Services (NL) B.V | Debtor | CGG Services (U.S.) Inc. | $ (1,401,377) |
| CGG Services (Norway) AS | Debtor | CGG Holding BV | $ (40,384,458) |

## Schedule A/B – Real and Personal Property

1 - Positive numbers are receivables to the entities in the first column, and negative numbers are payables.

| Part 3: | Net Accounts Receivable – Intercompany |
|---|---|

| Non-Debtor | | Net Intercompany to or from: | Receivable / (Payable)[1] |
|---|---|---|---|
| CGG Services (Norway) AS | Debtor | CGG Marine Resources Norge AS | $ (30,000,000) |
| CGG Services (Singapore) Pte Ltd | Debtor | CGG Holding BV | $ (29,733,168) |
| CGG Services (UK) Limited | Debtor | CGG Holding BV | $ (177,516,490) |
| CGG Services (UK) Limited | Debtor | CGG Services (U.S.) Inc. | $ 13,481 |
| CGG Services Gabon | Debtor | CGG Holding BV | $ (40,785) |
| CGG Services India Private Ltd | Debtor | CGG Services (U.S.) Inc. | $ (34,718) |
| CGG Services SAS | Debtor | CGG Holding BV | $ (163,224,736) |
| CGG Services SAS | Debtor | CGG Land (U.S.) Inc. | $ 3,309,898 |
| CGG Services SAS | Debtor | CGG Marine (U.S.) Inc. | $ (3,733,082) |
| CGG Services SAS | Debtor | CGG Services (U.S.) Inc. | $ (811,902) |
| CGG Services SAS | Debtor | SERCEL INC | $ (908,969) |
| CGGExplo | Debtor | CGG Holding BV | $ 3,216,427 |
| CGGVeritas Services (B) Sdn Bhd | Debtor | CGG Holding BV | $ (365,279) |
| EXGEO C.A. | Debtor | CGG Holding BV | $ (1,727,701) |
| Exploration Investment Resources II AS | Debtor | CGG Holding BV | $ (42,552,288) |
| Exploration Vessel Resources II AS | Debtor | CGG Holding BV | $ 3,828,598 |
| Geo Ship Management Services SAS | Debtor | CGG Holding BV | $ (486,898) |
| Geoinnovacion Corporativa S de RL de CV | Debtor | CGG Holding BV | $ 463,996 |
| Geomar SAS | Debtor | CGG Holding BV | $ 2,281,889 |
| Lasa Prospeccoes S.A. | Debtor | CGG Canada Services Ltd | $ (768,649) |
| Lasa Prospeccoes S.A. | Debtor | CGG Services (U.S.) Inc. | $ (352,723) |
| Other Non-Debtor | Non-Debtor | Other Non-Debtor | $ - |
| PT CGG Services Indonesia | Debtor | CGG Holding BV | $ (26,452,239) |
| Robertson (UK) Ltd. | Debtor | CGG Holding BV | $ 884,607 |
| Robertson GeoSpec International Ltd. | Debtor | CGG Holding BV | $ (601,501) |
| SERCEL JUNG FENG | Debtor | SERCEL INC | $ 226,946 |
| SERCEL SAS | Debtor | CGG Marine BV | $ (94,980) |
| SERCEL SAS | Debtor | SERCEL Canada | $ (30,215) |
| SERCEL SAS | Debtor | SERCEL GRC | $ (1,940) |
| SERCEL SAS | Debtor | SERCEL INC | $ (279,499) |
| SERCEL SINGAPORE | Debtor | SERCEL INC | $ 25,909 |
| Veritas DGC Ltd | Debtor | CGG Holding BV | $ 3,611 |
| Veritas Geophysical III Caymans | Debtor | CGG Holding BV | $ 107,500,000 |
| Veritas Geophysical Ltd | Debtor | CGG Holding BV | $ (1,175,162) |
| VITZEL S.A. de C.V. | Debtor | CGG Holding BV | $ (2,295,348) |
| VITZEL S.A. de C.V. | Debtor | CGG Marine BV | $ (2,077,744) |
| Wavefield Inseis AS | Debtor | CGG Holding BV | $ 1,710,530 |
| Net Intercompany | | | $ - |

## Schedule A/B: Assets - Real and Personal Property
Part 4 Investments

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| | % ownership | Class | Value |
|---|---|---|---|
| **CGG Holding B.V.** | | | |
| CGGVeritas Services (B) SDN BHD | 99.999% | | Undetermined |
| CGG Technology Services (Beijing) Co. Ltd | 100.00% | | Undetermined |
| CGG Geoscience (Beijing) Ltd. | 100.00% | | Undetermined |
| CGG Services (Malaysia) SDN BHD | 49.00% | | Undetermined |
| PTSC CGGV Geophysical Survey Company Limited | 49.00% | | Undetermined |
| CGG Services India Private Ltd | 99.996% | | Undetermined |
| CGG Services (Australia) Pty. Ltd | 100.00% | | Undetermined |
| CGG Ground Geophysics (Australia) Pty Ltd. | 100.00% | | Undetermined |
| CGG Aviation (Australia) Pty. Ltd. | 76.13% | | Undetermined |
| CGG Services (Singapore) Pte Ltd | 100.00% | | Undetermined |
| P.T. Elnusa CGGVeritas Seismic | 49.00% | | Undetermined |
| CGG Services (Myanmar) Co. Ltd. | 0.01% | | Undetermined |
| CGG Services (Myanmar) Co. Ltd. | 99.99% | | Undetermined |
| P.T. CGG Services Indonesia | 95.00% | | Undetermined |
| **CGG Marine B.V.** | 100.00% | | Undetermined |
| CGG Data Management (Netherlands) B.V. | 100.00% | | Undetermined |
| CGG Services (Norway) AS | 100.00% | | Undetermined |
| CGG Eidesvik Ship Management AS | 49.00% | | Undetermined |
| CGG Holding South Africa (Pty.) Ltd. | 100.00% | | Undetermined |
| CGG Airborne Survey (Pty.) Ltd. | 100.00% | | Undetermined |
| CGG Vostok | 99.95% | | Undetermined |
| Artic Geophysical Exploration LLC | 49.00% | | Undetermined |
| Sevoteam Zao | 50.00% | | Undetermined |
| Compagnie Generale de Geophysique (Nigeria) Limited | 99.99% | | Undetermined |
| Veritas Geophysical (Nigeria) Ltd | 0.00001% | | Undetermined |
| CGG Geoscience GmbH | 100.00% | | Undetermined |
| CGG Data Services AG | 100.00% | | Undetermined |
| CGG Electro Magnetics (Germany) GmbH | 100.00% | | Undetermined |
| Graal Tech S.r.l. | 32.00% | | Undetermined |
| CGG Electromagnetics (Italy) Srl | 95.00% | | Undetermined |
| Reservoir Evaluation Services LLP | 49.00% | | Undetermined |
| **CGG Holding I (UK) Limited** | 100.00% | | Undetermined |
| Veritas Geophysical III | 53.27% | | Undetermined |
| Veritas Geophysical IV | 100.00% | | Undetermined |
| Veritas do Brasil Ltda | 1.00% | | Undetermined |
| Veritas do Brasil Ltda | 99.00% | | Undetermined |
| **CGG Holding II (UK) Limited** | 100.00% | | Undetermined |
| CGG Holding III (UK) Limited | 57.35% | | Undetermined |
| CGG Services (Canada) Inc. | 100.00% | | Undetermined |
| Veri Illuq Geophysical Ltd | 49.00% | | Undetermined |
| Yamoria Geophysical Ltd | 49.00% | | Undetermined |
| CGG Services (UK) Ltd | 100.00% | | Undetermined |
| Veritas Caspian LLP | 50.00% | | Undetermined |
| Robertson (UK) Limited | 100.00% | | Undetermined |
| Robertson Research International Limited | 100.00% | | Undetermined |
| Robertson Geospec International Limited | 100.00% | | Undetermined |
| Petroleum Edge Limited | 50.00% | | Undetermined |
| Veritas Geophysical Limited | 100.00% | | Undetermined |
| Veritas DGC Ltd | 100.00% | | Undetermined |
| TGS West Africa | 50.00% | | Undetermined |
| CGG Data Management (UK) Limited | 100.00% | | Undetermined |

## Schedule A/B: Assets - Real and Personal Property
Part 4 Investments

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| | % ownership | Class | Value |
|---|---|---|---|
| LASA Prospecções SA | 15.00% | | Undetermined |
| CGG MEXICO, SA DE C.V. | 99.99% | | Undetermined |
| CGG Geoscience Mexico S.A. de C.V. | 99.00% | | Undetermined |
| Vitzel S.A. de C.V. | 48.00% | | Undetermined |
| **CGG Holding (US) Inc.** | 100.00% | | Undetermined |
| CGG Marine (U.S.) Inc. | 100.00% | | Undetermined |
| **CGG Services (U.S.) Inc.** | 100.00% | | Undetermined |
| Veritas Geophysical III | 46.73% | | Undetermined |
| Veritas Geophysical IV | 100.00% | | Undetermined |
| Veritas do Brasil Ltda | 1.00% | | Undetermined |
| Veritas do Brasil Ltda | 99.00% | | Undetermined |
| **Viking Maritime Inc.** | 100.00% | | Undetermined |
| **Alitheia Resources Inc.** | 100.00% | | Undetermined |
| **CGG Land (US) Inc.** | 100.00% | | Undetermined |
| Veritas Geophysical (Chile) SA | 99.00% | | Undetermined |
| Geokinetics Inc. | 16.00% | | Undetermined |
| Digitel Data Partnership | 50.00% | | Undetermined |
| Veritas Geophysical (Nigeria) Ltd | 99.9999% | | Undetermined |
| TGS/CGG Master Joint-Venture | 25.00% | | Undetermined |
| Phase XXXII -Partnership | 35.43% | | Undetermined |
| **Sercel, Inc.** | 81.00% | | Undetermined |
| **Sercel Canada Ltd.** | 100.00% | | Undetermined |
| **Sercel-GRC** | 100.00% | | Undetermined |
| GRC Singapore LLC | 100.00% | | Undetermined |
| GRC Mexico LLC | 100.00% | | Undetermined |
| Geophysical Research Mexico S.A. de C.V. | 100.00% | Stock B | Undetermined |
| GRC Dubai LLC | 100.00% | | Undetermined |
| Geophysical Research Mexico S.A. de C.V. | 100.00% | Stock A | Undetermined |
| Geophysical Research Corporation (Dubai) | 100.00% | | Undetermined |
| STX Corp. | 100.00% | | Undetermined |
| Geosensor Corp. | 100.00% | | Undetermined |
| Interactive Network Technologies Inc. | 19.00% | | Undetermined |
| CGG Holding IV (UK) Limited | 100.00% | | Undetermined |
| CGG Holding III (UK) Limited | 42.65% | | Undetermined |
| Digicon (Nigeria) Ltd | 60.00% | | Undetermined |
| Veritas Geophysical (Chile) SA | 1.00% | | Undetermined |
| Exploraciones Geofisicas Veritas Geophysical Chile LTA | 99.90% | | Undetermined |
| **CGG Canada Services Ltd.** | 100.00% | | Undetermined |
| CGG Aviation (Canada) Limited | 25.00% | | Undetermined |
| CGG Aviation (Australia) Pty. Ltd. | 23.87% | | Undetermined |
| **CGG Marine Resources Norge AS** | | | Undetermined |
| CGG Marine Resources Norge AS | 100.00% | | Undetermined |
| Exploration Investment Resources II AS | 100.00% | | Undetermined |
| Global Seismic Shipping AS | 50.00% | | Undetermined |
| Oceanic Seismic Vessels AS | 75.00% | | Undetermined |
| Eidesvik Seismic Vessels AS | 14.00% | | Undetermined |
| Eidesvik Seismic Vessels AS | 86.00% | | Undetermined |
| Oceanic Seismic Vessels AS | 25.00% | | Undetermined |
| Geo Vessels AS | 100.00% | | Undetermined |

Debtors are in bold face type.

**CGG Holding (U.S.) Inc.**                                                      **Case Number:**          **17-11637**

## Schedule A/B: Assets — Real and Personal Property

| Part 5: | Inventory, excluding agriculture assets - detail |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| 19.1 | | | | |
| **20.  Work in progress** | | | | |
| 20.1 | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | |
| **22.  Other Inventory or supplies** | | | | |
| 22.1 | | | | |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.   Book Value _____   Valuation method _____   Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

CGG Holding (U.S.) Inc.                                                    Case Number:         17-11637

## Schedule A/B: Assets — Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) - detail |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

28.1 _____    _____    _____    _____

29. **Farm animals**

Examples: Livestock, poultry, farm-raised fish

29.1 _____    _____    _____    _____

30. **Farm machinery and equipment**

(Other than titled motor vehicles)

30.1 _____    _____    _____    _____

31. **Farm and fishing supplies, chemicals, and feed**

31.1 _____    _____    _____    _____

32. **Other farming and fishing-related property not already listed in Part 6**

32.1 _____    _____    _____    _____

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.    Book Value _____    Valuation method _____    Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**CGG Holding (U.S.) Inc.**                                                    Case Number:          **17-11637**

## Schedule A/B: Assets — Real and Personal Property

| Part 7: | Office furniture, fixtures, and equipment; and collectibles - detail |
|---|---|

38.   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

39.   **Office furniture**

39.1 _____    _____    _____    _____

40.   **Office fixtures**

40.1 _____    _____    _____    _____

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

41.1 _____    _____    _____    _____

42.   **Collectibles**

42.1 _____    _____    _____    _____

43.   **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                    _____

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

CGG Holding (U.S.) Inc.                                        Case Number:        17-11637

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

□ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-------------------------------------|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____    _____    _____    _____

48. **Watercraft, trailers, motors, and related accessories**

    Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____    _____    _____    _____

49. **Aircraft and accessories**

    49.1 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    50.1 _____    _____    _____    _____

51. **Total of Part 8**                                                    _____

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    □ No

    □ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    □ No

    □ Yes

**CGG Holding (U.S.) Inc.**                                          **Case Number:**        **17-11637**

## Schedule A/B: Assets — Real and Personal Property

| Part 9: | Real property - detail |
|---|---|

54.    **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1 _____ _____ _____ _____ $0

56.    **Total of Part 9**                                                                                            **$0**

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

**CGG Holding (U.S.) Inc.**                                              **Case Number:**        **17-11637**

## Schedule A/B: Assets — Real and Personal Property

**Part 10:**    Intangibles and intellectual property - detail

59.    **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1    DEVICE AND METHOD FOR CALCULATING 3D ANGLE GATHERS FROM REVERSE TIME MIGRATION | | UNDETERMINED | Undetermined |
| 60.2    EFFICIENT SEISMIC DATA ACQUISITION WITH SOURCE SEPARATION | | UNDETERMINED | Undetermined |
| 60.3    GEOPHONE KEYWAY TEE PROTECTIVE CASING | | UNDETERMINED | Undetermined |
| 60.4    METHODS AND SYSTEMS FOR ESTIMATING STRESS USING SEISMIC DATA | | UNDETERMINED | Undetermined |
| 60.5    METHODS AND SYSTEMS FOR PERFORMING AZIMUTHAL SIMULTANEOUS ELASTIC INVERSION | | UNDETERMINED | Undetermined |
| 60.6    RESERVOIR FRACTURE CHARACTERIZATION | | UNDETERMINED | Undetermined |
| 60.7    SEISMIC DATA CALIBRATION USING CROSSPLOTTED AVO ATTRIBUTES | | UNDETERMINED | Undetermined |
| 60.8    SYSTEM AND METHOD FOR DETERMINING A FREQUENCY SWEEP FOR SEISMIC ANALYSIS | | UNDETERMINED | Undetermined |
| 61.    **Internet domain names and websites** | | | |
| 61.1 | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 62.1 | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 64.1 | | | |
| 65.    **Goodwill** | | | |
| 65.1    GOODWILL | $674,135,967 | | Undetermined |

**CGG Holding (U.S.) Inc.**                                                                 Case Number:          **17-11637**

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |
|---|---|

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

Undetermined

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

CGG Holding (U.S.) Inc.                                    Case Number:        17-11637

## Schedule A/B: Assets — Real and Personal Property

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

71.1 _____

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

| | |
|---|---|
| 72.1  CGG Holding (US) Inc - allocated share of 2013 Federal AMT NOL | $38,365,443 |
| 72.2  CGG Holding (US) Inc - allocated share of 2013 Federal Regular NOL | $38,526,657 |
| 72.3  CGG Holding (US) Inc - allocated share of 2014 Federal AMT NOL | $40,692,720 |
| 72.4  CGG Holding (US) Inc - allocated share of 2014 Federal Regular NOL | $34,111,916 |
| 72.5  CGG Holding (US) Inc and subsidiaries - Federal Tax receivable from 2007 amended 1120 tax return (1120X) filed in July 2016 | $4,272,307 |
| 72.6  CGG Holding (US) Inc and subsidiaries - Federal Tax receivable from 2008 amended 1120 tax return (1120X) filed in July 2016 | $3,919,948 |
| 72.7  CGG Holding (US) Inc and subsidiaries - Federal Tax receivable from 2011 amended 1120 tax return (1120X) filed in July 2016, less outstanding liability from form 1139 return filed in 2015 | $12,526,644 |
| 72.8  CGG Holding (US) Inc and subsidiaries - Federal Tax receivable from 2012 amended 1120 tax return (1120X) filed in July 2016 | $91,997 |

CGG Holding (U.S.) Inc.                                    Case Number:           17-11637

## Schedule A/B: Assets — Real and Personal Property

**Part 11:**    **All other assets**

| General description | Current value of debtor's interest |
|---|---|
| | |

73.  **Interests in insurance policies or annuities**

    73.1

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    74.1

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    75.1

76.  **Trusts, equitable or future interests in property**

    76.1

77.  **Other property of any kind not already listed Examples: Season tickets, country club membership**
      Examples: Season tickets, country club membership

    77.1

78.  **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

        $172,507,632

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**CGG Holding (U.S.) Inc.**                                                    Case Number:    **17-11637**

## Schedule A/B: Assets — Real and Personal Property

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $8,003,838 | | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $58,437 | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0 | | |
| 83. Investments. Copy line 17, Part 4. | Undetermined | | |
| 84. Inventory. Copy line 23, Part 5. | $0 | | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0 | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0 | | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0 | | |
| 88. Real property. Copy line 56, Part 9. | | $0 | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | Undetermined | | |
| 90. All other assets. Copy line 78, Part 11. | $172,507,632 | | |
| 91. Total. Add lines 80 through 90 for each column. | a. $180,569,907 | b. $0 | |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**                    **$180,569,907**

<u>Specific Notes</u>

Item 82, accounts receivable, excludes intercompany receivables.

**CGG Holding (U.S.) Inc.**                                                                          **Case Number:**    **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

### Secured Debt

| 2.1 | WILMINGTON TRUST (ADMINISTRATIVE AGENT) - RESTATED CREDIT AGREEMENT 50 SOUTH SIXTH STREET SUITE 1290 MINNEAPOLIS, MN 55402  EMAIL: JROSE@WILMINGTONTRUST.COM | ☑ | ☐ | ☑ | DATE: 2/4/2016  PROPERTY DESCRIPTION: COLLATERAL AS DESCRIBED IN AMENDED AND RESTATED CREDIT AGREEMENT | ☐ | ☐ | ☐ | $162,858,832 | Undetermined |

| PROPERTY CO-INTEREST CREDITOR NAME | RELATIVE PRIORITY | CO-INTEREST CREDITOR LINE NUM | DESCRIPTION OF RELATIVE PRIORITY OF CREDITORS WITH SHARED INTEREST IN PROPERTY |
| --- | --- | --- | --- |
| WILMINGTON TRUST (ADMINISTRATIVE AGENT) - RESTATED CREDIT AGREEMENT | 1 | 2.1 | PARI PASSU |
| WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | 1 | 2.3 | PARI PASSU |
| WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | 1 | 2.2 | PARI PASSU |

CGG Holding (U.S.) Inc.                                                                          Case Number:        17-11637

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Secured Debt** | | | | | | | |
| **2.2** WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT 1 KING'S ARMS YARD THIRD FLOOR LONDON  EC2R 7AF | ☑ | ☐ | ☑ | DATE: 2/4/2016  PROPERTY DESCRIPTION: COLLATERAL AS DESCRIBED IN MULTICURRENCY REVOLVING FACILITY AGREEMENT PROPERTY CO-INTEREST PRIMARY: LINE 2.1 - WILMINGTON TRUST (ADMINISTRATIVE AGENT) - RESTATED CREDIT AGREEMENT | ☐ ☐ ☐ | $303,625,664 | Undetermined |
| **2.3** WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY 50 SOUTH SIXTH STREET SUITE 1290 MINNEAPOLIS,, MN 55402  EMAIL: JROSE@WILMINGTONTRUST.COM | ☑ | ☐ | ☑ | DATE: 11/9/2015  PROPERTY DESCRIPTION: COLLATERAL AS DESCRIBED IN TERM LOAN CREDIT AGREEMENT PROPERTY CO-INTEREST PRIMARY: LINE 2.1 - WILMINGTON TRUST (ADMINISTRATIVE AGENT) - RESTATED CREDIT AGREEMENT | ☐ ☐ ☐ | $342,586,654 | Undetermined |

**Secured Debt Total:**    **$809,071,150**

CGG Holding (U.S.) Inc.                                                                   Case Number:        17-11637

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| 2.4  CENTURY TOKYO LEASING (USA) INC. 2500 WESTCHESTER AVENUE PURCHASE, NY 10577 <br><br> ACCT. LAST 4: 1090 | ☐ | ☐ | ☐ | DATE: 10/2/2014 <br><br> LIEN DESCRIPTION: 20143971090 | ☑ | ☑ | ☑ | | Undetermined |
| 2.5  CIT FINANCE LLC 10201 CENTURION PARKWAY NORTH SUITE 100 JACKSONVILLE, FL 32256 <br><br> ACCT. LAST 4: 7048 | ☐ | ☐ | ☐ | DATE: 3/25/2014 <br><br> LIEN DESCRIPTION: 20141167048 | ☑ | ☑ | ☑ | | Undetermined |
| 2.6  CIT FINANCE LLC 10201 CENTURION PARKWAY NORTH SUITE 100 JACKSONVILLE, FL 32256 <br><br> ACCT. LAST 4: 4484 | ☐ | ☐ | ☐ | DATE: 7/25/2014 <br><br> LIEN DESCRIPTION: 20142964484 | ☑ | ☑ | ☑ | | Undetermined |
| 2.7  CREDIT SUISSE AG 11 MADISON AVENUE NEW YORK, NY 10010 <br><br> ACCT. LAST 4: 7755 | ☐ | ☐ | ☐ | DATE: 8/20/2013 <br><br> PROPERTY DESCRIPTION: ALL ASSETS LIEN DESCRIPTION: 20133267755 | ☑ | ☑ | ☐ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                                    Case Number:        17-11637

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|

### UCC Liens

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **2.8** CREDIT SUISSE AG<br>11 MADISON AVENUE<br>NEW YORK, NY 10010<br><br>ACCT. LAST 4: 9099 | ☐ | ☐ | ☐ | DATE: 7/18/2013<br><br>PROPERTY DESCRIPTION: ALL ASSETS<br>LIEN DESCRIPTION: 20132779099 | ☑ | ☑ | ☐ | | Undetermined |
| **2.9** CREDIT SUISSE AG<br>11 MADISON AVENUE<br>NEW YORK, NY 10010<br><br>ACCT. LAST 4: 9156 | ☐ | ☐ | ☐ | DATE: 12/22/2015<br><br>PROPERTY DESCRIPTION: ALL ASSETS<br>LIEN DESCRIPTION: 20156229156 | ☑ | ☑ | ☐ | | Undetermined |
| **2.10** CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 2942 | ☐ | ☐ | ☐ | DATE: 10/7/2014<br><br>LIEN DESCRIPTION: 20144032942 | ☑ | ☑ | ☑ | | Undetermined |
| **2.11** CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 3953 | ☐ | ☐ | ☐ | DATE: 10/9/2014<br><br>LIEN DESCRIPTION: 20144073953 | ☑ | ☑ | ☑ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                                    Case Number:        17-11637

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| 2.12 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 6070 | ☐ | ☐ | ☐ | DATE: 1/15/2015<br><br>LIEN DESCRIPTION: 20150196070 | ☑ | ☑ | ☑ | | Undetermined |
| 2.13 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 5848 | ☐ | ☐ | ☐ | DATE: 1/15/2015<br><br>LIEN DESCRIPTION: 20150205848 | ☑ | ☑ | ☑ | | Undetermined |
| 2.14 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 4781 | ☐ | ☐ | ☐ | DATE: 1/16/2015<br><br>LIEN DESCRIPTION: 20150224781 | ☑ | ☑ | ☑ | | Undetermined |
| 2.15 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 2958 | ☐ | ☐ | ☐ | DATE: 1/19/2015<br><br>LIEN DESCRIPTION: 20150232958 | ☑ | ☑ | ☑ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                                          Case Number:        **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| **2.16** CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 6983 | ☐ | ☐ | ☐ | DATE: 2/4/2015<br><br>LIEN DESCRIPTION: 20150496983 | ☑ | ☑ | ☑ | | Undetermined |
| **2.17** CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 2426 | ☐ | ☐ | ☐ | DATE: 3/5/2015<br><br>LIEN DESCRIPTION: 20150922426 | ☑ | ☑ | ☑ | | Undetermined |
| **2.18** CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 4148 | ☐ | ☐ | ☐ | DATE: 3/6/2015<br><br>LIEN DESCRIPTION: 20150954148 | ☑ | ☑ | ☑ | | Undetermined |
| **2.19** CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 5798 | ☐ | ☐ | ☐ | DATE: 3/6/2015<br><br>LIEN DESCRIPTION: 20150955798 | ☑ | ☑ | ☑ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                                           Case Number:        17-11637

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| 2.20  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 3576 | ☐ | ☐ | ☐ | DATE: 3/9/2015<br><br>LIEN DESCRIPTION: 20150983576 | ☑ | ☑ | ☑ | | Undetermined |
| 2.21  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 1894 | ☐ | ☐ | ☐ | DATE: 3/12/2015<br><br>LIEN DESCRIPTION: 20151051894 | ☑ | ☑ | ☑ | | Undetermined |
| 2.22  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 9923 | ☐ | ☐ | ☐ | DATE: 3/17/2015<br><br>LIEN DESCRIPTION: 20151119923 | ☑ | ☑ | ☑ | | Undetermined |
| 2.23  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 7034 | ☐ | ☐ | ☐ | DATE: 7/29/2015<br><br>LIEN DESCRIPTION: 20153277034 | ☑ | ☑ | ☑ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                                          Case Number:        **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| 2.24  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 7133 | ☐ | ☐ | ☐ | DATE: 7/29/2015<br><br>LIEN DESCRIPTION: 20153277133 | ☑ | ☑ | ☑ | | Undetermined |
| 2.25  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 2015 | ☐ | ☐ | ☐ | DATE: 9/16/2015<br><br>LIEN DESCRIPTION: 20154122015 | ☑ | ☑ | ☑ | | Undetermined |
| 2.26  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 1025 | ☐ | ☐ | ☐ | DATE: 12/3/2015<br><br>LIEN DESCRIPTION: 20155781025 | ☑ | ☑ | ☑ | | Undetermined |
| 2.27  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 1033 | ☐ | ☐ | ☐ | DATE: 12/3/2015<br><br>LIEN DESCRIPTION: 20155781033 | ☑ | ☑ | ☑ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                                     Case Number:    **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| **2.28** CSI LEASING, INC. 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO 63141 ACCT. LAST 4: 1041 | ☐ | ☐ | ☐ | DATE: 12/3/2015 LIEN DESCRIPTION: 20155781041 | ☑ | ☑ | ☑ | | Undetermined |
| **2.29** CSI LEASING, INC. 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO 63141 ACCT. LAST 4: 1066 | ☐ | ☐ | ☐ | DATE: 12/3/2015 LIEN DESCRIPTION: 20155781066 | ☑ | ☑ | ☑ | | Undetermined |
| **2.30** CSI LEASING, INC. 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO 63141 ACCT. LAST 4: 1660 | ☐ | ☐ | ☐ | DATE: 12/3/2015 LIEN DESCRIPTION: 20155781660 | ☑ | ☑ | ☑ | | Undetermined |
| **2.31** CSI LEASING, INC. 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO 63141 ACCT. LAST 4: 1067 | ☐ | ☐ | ☐ | DATE: 1/12/2016 LIEN DESCRIPTION: 20160221067 | ☑ | ☑ | ☑ | | Undetermined |

**CGG Holding (U.S.) Inc.**                                                                 **Case Number:**        **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| 2.32  CSI LEASING, INC. 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO 63141 ACCT. LAST 4: 0884 | ☐ | ☐ | ☐ | DATE: 2/10/2016 LIEN DESCRIPTION: 20160820884 | ☑ | ☑ | ☑ | | Undetermined |
| 2.33  CSI LEASING, INC. 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO 63141 ACCT. LAST 4: 0892 | ☐ | ☐ | ☐ | DATE: 2/10/2016 LIEN DESCRIPTION: 20160820892 | ☑ | ☑ | ☑ | | Undetermined |
| 2.34  CSI LEASING, INC. 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO 63141 ACCT. LAST 4: 0719 | ☐ | ☐ | ☐ | DATE: 4/19/2016 LIEN DESCRIPTION: 20162320719 | ☑ | ☑ | ☑ | | Undetermined |
| 2.35  CSI LEASING, INC. 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO 63141 ACCT. LAST 4: 5349 | ☐ | ☐ | ☐ | DATE: 4/26/2016 LIEN DESCRIPTION: 20162475349 | ☑ | ☑ | ☑ | | Undetermined |

**CGG Holding (U.S.) Inc.**                                                              Case Number:    **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| 2.36  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 9610 | ☐ | ☐ | ☐ | DATE: 5/11/2016<br><br>LIEN DESCRIPTION: 20162829610 | ☑ | ☑ | ☑ | | Undetermined |
| 2.37  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 9644 | ☐ | ☐ | ☐ | DATE: 5/11/2016<br><br>LIEN DESCRIPTION: 20162829644 | ☑ | ☑ | ☑ | | Undetermined |
| 2.38  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 4169 | ☐ | ☐ | ☐ | DATE: 5/25/2016<br><br>LIEN DESCRIPTION: 20163124169 | ☑ | ☑ | ☑ | | Undetermined |
| 2.39  CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 8878 | ☐ | ☐ | ☐ | DATE: 5/26/2016<br><br>LIEN DESCRIPTION: 20163158878 | ☑ | ☑ | ☑ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                     Case Number:    17-11637

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | |
| 2.40 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 7521 | ☐ | ☐ | ☐ | DATE: 8/12/2016<br><br>LIEN DESCRIPTION: 20164907521 | ☑ ☑ ☑ | | Undetermined |
| 2.41 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 9291 | ☐ | ☐ | ☐ | DATE: 8/18/2016<br><br>LIEN DESCRIPTION: 20165029291 | ☑ ☑ ☑ | | Undetermined |
| 2.42 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 9721 | ☐ | ☐ | ☐ | DATE: 8/18/2016<br><br>LIEN DESCRIPTION: 20165029721 | ☑ ☑ ☑ | | Undetermined |
| 2.43 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 9739 | ☐ | ☐ | ☐ | DATE: 8/18/2016<br><br>LIEN DESCRIPTION: 20165029739 | ☑ ☑ ☑ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                    Case Number:    **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| 2.44 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 9754 | ☐ | ☐ | ☐ | DATE: 8/18/2016<br><br>LIEN DESCRIPTION: 20165029754 | ☑ | ☑ | ☑ | | Undetermined |
| 2.45 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 1657 | ☐ | ☐ | ☐ | DATE: 10/10/2016<br><br>LIEN DESCRIPTION: 20166221657 | ☑ | ☑ | ☑ | | Undetermined |
| 2.46 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 8921 | ☐ | ☐ | ☐ | DATE: 2/8/2017<br><br>LIEN DESCRIPTION: 20170898921 | ☑ | ☑ | ☑ | | Undetermined |
| 2.47 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 9531 | ☐ | ☐ | ☐ | DATE: 2/8/2017<br><br>LIEN DESCRIPTION: 20170899531 | ☑ | ☑ | ☑ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                 Case Number:          17-11637

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| 2.48 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 0345 | ☐ | ☐ | ☐ | DATE: 2/13/2017<br><br>LIEN DESCRIPTION: 20171000345 | ☑ | ☑ | ☑ | | Undetermined |
| 2.49 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 0378 | ☐ | ☐ | ☐ | DATE: 2/13/2017<br><br>LIEN DESCRIPTION: 20171000378 | ☑ | ☑ | ☑ | | Undetermined |
| 2.50 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 0386 | ☐ | ☐ | ☐ | DATE: 2/13/2017<br><br>LIEN DESCRIPTION: 20171000386 | ☑ | ☑ | ☑ | | Undetermined |
| 2.51 CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 7755 | ☐ | ☐ | ☐ | DATE: 8/20/2013<br><br>LIEN DESCRIPTION: 20133267755 | ☑ | ☑ | ☑ | | Undetermined |

**CGG Holding (U.S.) Inc.**     Case Number:     **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | |
| 2.52   CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 7645 | ☐ | ☐ | ☐ | DATE: 9/5/2013<br><br>LIEN DESCRIPTION: 20133467645 | ☑ ☑ ☑ | | Undetermined |
| 2.53   CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 7350 | ☐ | ☐ | ☐ | DATE: 1/2/2014<br><br>LIEN DESCRIPTION: 20140017350 | ☑ ☑ ☑ | | Undetermined |
| 2.54   CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141<br><br>ACCT. LAST 4: 9656 | ☐ | ☐ | ☐ | DATE: 10/2/2014<br><br>LIEN DESCRIPTION: 20143969656 | ☑ ☑ ☑ | | Undetermined |
| 2.55   FIRST NATIONAL BANK OF ST. LOUIS<br>7707 FORSYTH BLVD.<br>ST. LOUIS, MO 63105<br><br>ACCT. LAST 4: 7055 | ☐ | ☐ | ☐ | DATE: 3/25/2014<br><br>LIEN DESCRIPTION: 20141167055 | ☑ ☑ ☑ | | Undetermined |

| CGG Holding (U.S.) Inc. | | | | | Case Number: | 17-11637 |

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | |
| 2.56 MB FINANCIAL BANK, N.A.<br>6111 N. RIVER ROAD<br>ROSEMONT, IL 60018<br><br>ACCT. LAST 4: 3070 | ☐ | ☐ | ☐ | DATE: 6/18/2013<br><br>LIEN DESCRIPTION: 20132323070 | ☑ ☑ ☑ | | Undetermined |
| 2.57 MB FINANCIAL BANK, N.A.<br>6111 N. RIVER ROAD<br>ROSEMONT, IL 60018<br><br>ACCT. LAST 4: 3138 | ☐ | ☐ | ☐ | DATE: 6/18/2013<br><br>LIEN DESCRIPTION: 20132323138 | ☑ ☑ ☑ | | Undetermined |
| 2.58 MB FINANCIAL BANK, N.A.<br>6111 N. RIVER ROAD<br>ROSEMONT, IL 60018<br><br>ACCT. LAST 4: 5996 | ☐ | ☐ | ☐ | DATE: 3/27/2014<br><br>LIEN DESCRIPTION: 20141205996 | ☑ ☑ ☑ | | Undetermined |
| 2.59 MB FINANCIAL BANK, N.A.<br>6111 N. RIVER ROAD<br>ROSEMONT, IL 60018<br><br>ACCT. LAST 4: 4418 | ☐ | ☐ | ☐ | DATE: 10/30/2014<br><br>LIEN DESCRIPTION: 20144384418 | ☑ ☑ ☑ | | Undetermined |

CGG Holding (U.S.) Inc.                                                                    Case Number:        **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| 2.60  MB FINANCIAL BANK, N.A. 6111 N. RIVER ROAD ROSEMONT, IL 60018  ACCT. LAST 4: 3785 | ☐ | ☐ | ☐ | DATE: 11/4/2014  LIEN DESCRIPTION: 20144433785 | ☑ | ☑ | ☑ | | Undetermined |
| 2.61  MB FINANCIAL BANK, N.A. 6111 N. RIVER ROAD ROSEMONT, IL 60018  ACCT. LAST 4: 5095 | ☐ | ☐ | ☐ | DATE: 11/4/2014  LIEN DESCRIPTION: 20144435095 | ☑ | ☑ | ☑ | | Undetermined |
| 2.62  MB FINANCIAL BANK, N.A. 6111 N. RIVER ROAD ROSEMONT, IL 60018  ACCT. LAST 4: 5202 | ☐ | ☐ | ☐ | DATE: 11/4/2014  LIEN DESCRIPTION: 20144435202 | ☑ | ☑ | ☑ | | Undetermined |
| 2.63  MB FINANCIAL BANK, N.A. 6111 N. RIVER ROAD ROSEMONT, IL 60018  ACCT. LAST 4: 5285 | ☐ | ☐ | ☐ | DATE: 11/4/2014  LIEN DESCRIPTION: 20144435285 | ☑ | ☑ | ☑ | | Undetermined |

| CGG Holding (U.S.) Inc. | | Case Number: | 17-11637 |

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| **2.64** MB FINANCIAL BANK, N.A. 6111 N. RIVER ROAD ROSEMONT, IL 60018 ACCT. LAST 4: 5384 | ☐ | ☐ | ☐ | DATE: 11/4/2014 LIEN DESCRIPTION: 20144435384 | ☑ | ☑ | ☑ | | Undetermined |
| **2.65** NEWSTAR COMMERCIAL LEASE FUNDING I, LLC 500 BOYLSTON STREET BOSTON, MA ACCT. LAST 4: 0225 | ☐ | ☐ | ☐ | DATE: 10/2/2014 LIEN DESCRIPTION: 20143970225 | ☑ | ☑ | ☑ | | Undetermined |
| **2.66** SG EQUIPMENT FINANCE USA CORP. 480 WASHINGTON BOULEVARD, 24TH FLOOR JERSEY CITY, NJ ACCT. LAST 4: 3111 | ☐ | ☐ | ☐ | DATE: 4/3/2013 LIEN DESCRIPTION: 20131263111 | ☑ | ☑ | ☑ | | Undetermined |
| **2.67** SG EQUIPMENT FINANCE USA CORP. 480 WASHINGTON BOULEVARD, 24TH FLOOR JERSEY CITY, NJ ACCT. LAST 4: 3210 | ☐ | ☐ | ☐ | DATE: 4/3/2013 LIEN DESCRIPTION: 20131263210 | ☑ | ☑ | ☑ | | Undetermined |

**CGG Holding (U.S.) Inc.**                                                                                    **Case Number:**      **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **UCC Liens** | | | | | | | | | |
| **2.68** SG EQUIPMENT FINANCE USA CORP. 480 WASHINGTON BOULEVARD, 24TH FLOOR JERSEY CITY, NJ<br><br>ACCT. LAST 4: 4734 | ☐ | ☐ | ☐ | DATE: 5/3/2013<br><br>LIEN DESCRIPTION: 20131704734 | ☑ | ☑ | ☑ | | Undetermined |
| **2.69** SG EQUIPMENT FINANCE USA CORP. 480 WASHINGTON BOULEVARD, 24TH FLOOR JERSEY CITY, NJ<br><br>ACCT. LAST 4: 4254 | ☐ | ☐ | ☐ | DATE: 8/15/2014<br><br>LIEN DESCRIPTION: 20143284254 | ☑ | ☑ | ☑ | | Undetermined |

**UCC Liens Total:**

CGG Holding (U.S.) Inc.    Case Number:    17-11637

## Schedule D: Creditors Who Have Claims Secured by Property

**Amount of Claim**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$809,071,150**

**Specific Notes**

The Administrative Agent for the Multicurrency Revolving Facility Agreement changed from Credit Suisse to Wilmington Trust post-petition.

**CGG Holding (U.S.) Inc.**                                              **Case Number:**        **17-11637**

## Schedule D: Creditors Who Have Claims Secured by Property

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|--------------------------|------------------------------------------------------|-------------------------------------------------|
| ASHURST LLP<br>ATTN: AMANDA BEVAN AND ORANE MIKOLAJAYK<br>18, SQUARE EDOUARD VII<br>PARIS 75009<br>FRANCE | LINE: 2.1 | Not Available |
| BREDIN PRAT<br>ATTN: AURELIEN JOLLY, AVOCAT À LA COUR<br>53 QUAI D'ORSAY<br>PARIS 75007<br>FRANCE | LINE: 2.1 | Not Available |
| CREDIT SUISSE AG AS COLLATERAL AGENT FOR<br>MULTICURRENCY REVOLVING FACILITY AGREEMENT<br>ELEVEN MADISON AVENUE<br>NEW YORK, NY 10010 | LINE: 2.2 | Not Available |
| DE PARDIEU, BROCA, MAFFEI<br>57 AVENUE D'IENA<br>PARIS 75116<br>FRANCE | LINE: 2.1 | Not Available |
| KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>ATTN: STEPHEN HESSLER AND ANTHONY GROSSI<br>NEW YORK, NY 10022 | LINE: 2.1 | Not Available |
| LATHAM & WATKINS LLP<br>ATTN: ADAM SEETO<br>885 3RD AVENUE<br>NEW YORK, NY 10022-4834 | LINE: 2.1 | Not Available |
| ROPES & GRAY LLP<br>ATTN: MARK R. SOMERSTEIN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | LINE: 2.1 | Not Available |

**CGG Holding (U.S.) Inc.**                                    Case Number:        **17-11637**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor
   has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|

### Taxes and certain other debts owed to the government 507(a)(8)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **2.1** INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION P. O. BOX 7346 PHILADELPHIA, PA 17176-6052 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | ☐ | UNDETERMINED | UNDETERMINED |

Taxes and certain other debts owed to the government 507(a)(8)
Total:          **UNDETERMINED**   **UNDETERMINED**

**CGG Holding (U.S.) Inc.**                                                    **Case Number:**          **17-11637**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

**Total: All Creditors with PRIORITY Unsecured Claims**                    | UNDETERMINED | UNDETERMINED |

**CGG Holding (U.S.) Inc.**                                                                    **Case Number:**          **17-11637**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Senior Unsecured Debt** | | | | | | | |
| **3.1** BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 ATTN: LESLEY DALEY 101 BARCLAY STREET, 7E NEW YORK , NY 10286 | 4/23/2014 ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | 5.875% Senior Unsecured Notes due 2020 | ☐ | $464,295,369 |
| **3.2** BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 ATTN: LESLEY DALEY 101 BARCLAY STREET, 7E NEW YORK , NY 10286 | 5/31/2011 ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | 6.5% Senior Unsecured Notes due 2021 | ☐ | $698,780,049 |
| **3.3** BANK OF NEW YORK MELLON AS AGENT FOR 6.875% SENIOR UNSECURED NOTES DUE 2022 ATTN: LESLEY DALEY 101 BARCLAY STREET, 7E NEW YORK , NY 10286 | 5/1/2014 ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | 6.875% Senior Unsecured Notes due 2022 | ☐ | $431,656,823 |

Senior Unsecured Debt Total:          **$1,594,732,241**

**CGG Holding (U.S.) Inc.**                                                    Case Number:        **17-11637**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables and Other** | | | | | | | |
| 3.4   LATHAM AND WATKINS P.O. BOX 7247-8181 PHILADELPHIA, PA 19170-8181 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payable | ☐ | $126,070 |

Trade Payables and Other Total:        **$126,070**

CGG Holding (U.S.) Inc.                                                    Case Number:        17-11637

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Intercompany** | | | | | | | |
| **3.6** ALITHEIA RESOURCES INC.<br>10300 TOWN PARK DR.<br>HOUSTON , TX 77072 | UNKNOWN<br><br>ACCOUNT NO.: 125 | ☐ | ☐ | ☐ | Intercompany Claim - Debtor | ☐ | $1,121,723 |
| **3.7** CGG HOLDING BV<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | UNKNOWN<br><br>ACCOUNT NO.: 301 | ☐ | ☐ | ☐ | Intercompany Claim - Debtor | ☐ | $117,127,002 |
| **3.8** CGG HOLDING III (UK) LTD<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY RH109QN<br>UNITED KINGDOM | UNKNOWN<br><br>ACCOUNT NO.: 378 | ☐ | ☐ | ☐ | Intercompany Claim - Affiliate | ☐ | $190,000,000 |
| **3.9** CGG SA<br>33 AVENUE DU MAINE<br>PARIS 75015<br>FRANCE | UNKNOWN<br><br>ACCOUNT NO.: 300 | ☐ | ☐ | ☐ | Intercompany Claim - Affiliate | ☐ | $440,655,381 |
| **3.10** CGG SERVICES (U.S.) INC.<br>10300 TOWN PARK DR.<br>HOUSTON , TX 77072 | UNKNOWN<br><br>ACCOUNT NO.: 108 | ☐ | ☐ | ☐ | Intercompany Claim - Debtor | ☐ | $117,528,558 |
| **3.11** SERCEL INC<br>17200 PARK ROW<br>HOUSTON, TX 77084 | UNKNOWN<br><br>ACCOUNT NO.: SINC | ☐ | ☐ | ☐ | Intercompany Claim - Debtor | ☐ | $168,589,844 |
| **3.12** VIKING MARITIME INC.<br>10300 TOWN PARK DR.<br>HOUSTON , TX 77072 | UNKNOWN<br><br>ACCOUNT NO.: 110 | ☐ | ☐ | ☐ | Intercompany Claim - Debtor | ☐ | $6,166,286 |

**Intercompany Total:**    **$1,041,188,794**

**CGG Holding (U.S.) Inc.**    Case Number:    **17-11637**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Litigation** | | | | | | | |
| **3.13** CENTERPOINT ENERGY ATTN: WILLIAM C. BOYD PATTERSON BOYD LOWERY, P.C. 2101 LOUISIANA STREET HOUSTON, TX 77002 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Property Damage | ☐ | UNDETERMINED |

Litigation Total:    **UNDETERMINED**

**CGG Holding (U.S.) Inc.**                                                  Case Number:        **17-11637**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

| | |
|---|---|
| **Total: All Creditors with NONPRIORITY Unsecured Claims** | **$2,636,047,105** |

CGG Holding (U.S.) Inc.                                                    Case Number:        17-11637

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 3:    List Others to Be Notified About Unsecured Claims**

4.    List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed
      are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Creditor's Name, Mailing Address Including Zip Code | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **4.1**  DLA PIPER UK LLP<br>3, NOBLE STREET<br>LONDON EC2V 7EE | LINE: 3.1 | Not Available |
| **4.2**  HOGAN LOVELLS US LLP<br>ATTN: ROBERT RIPIN<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | LINE: 3.1 | Not Available |
| **4.3**  ORRICK HERRINGTON & SUTCLIFFE LLP<br>31, AVENUE PIERRE 1ER DE SERBIE<br>ATTN: SAAM GOLSHANI<br>PARIS, CEDEX 16 75782<br>FRANCE | LINE: 3.1 | Not Available |
| **4.4**  S. SCOTT BOYD<br>PATTERSON BOYD LOWERY, P.C.<br>2101 LOUISIANA STREET<br>HOUSTON, TX 77002 | LINE: 3.13 | Not Available |
| **4.5**  WILLKIE FARR & GALLAGHER LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | LINE: 3.1 | Not Available |

**CGG Holding (U.S.) Inc.**                                                      Case Number:       **17-11637**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0 |
| 5b. **Total claims from Part 2** | 5b. **+** | $2,636,047,105 |
| 5c. **Total of Parts 1 and 2** | 5c. | $2,636,047,105 |
| Lines 5a + 5b = 5c. | | |

CGG Holding (U.S.) Inc.

Case Number:    17-11637

## Schedule G: Executory Contracts and Unexpired Leases

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Intercompany Agreements** | | | | | |
| 2. 1  INTERCOMPANY PROMISSORY NOTE | 5/31/2021 | | ☐ | CGG HOLDING B.V. | BORDEWIJKLAAN 58 THE HAGUE 2591 XR NETHERLANDS |
| 2. 2  INTERCOMPANY TREASURY AGREEMENT | | | ☐ | CGG HOLDING B.V. | BORDEWIJKLAAN 58 THE HAGUE 2591 XR NETHERLANDS |
| 2. 3  INTERCOMPANY PROMISSORY NOTE | 5/31/2021 | | ☐ | CGG HOLDING III (UK) LTD | CGG CROMPTON WAY, MANOR ROYAL ESTATE CRAWLEY RH10 9QN |
| 2. 4  INTERCOMPANY PROMISSORY NOTE | 5/31/2021 | | ☐ | CGG SA - INTERCOMPANY PROMISSORY NOTE | TOUR MAINE-MONTPARNASSE 33, AVENDUE DU MAINE PARIS CEDEX 15 BP 191, 75755 FRANCE |
| 2. 5  INTERCOMPANY PROMISSORY NOTE | 12/31/2020 | | ☐ | CGG SA - PROMISSORY NOTE | TOUR MAINE-MONTPARNASSE 33, AVENDUE DU MAINE PARIS CEDEX 15 BP 191, 75755 FRANCE |
| 2. 6  CGG US ENTITIES TREASURY AGREEMENT | | ITA-A | ☑ | CGG US ENTITIES | 10300 TOWN PARK DRIVE HOUSTON, TX 77072 |
| 2. 7  SERCEL / CGG US TREASURY AGREEMENT | 1/1/2026 | SERCEL-TA | ☑ | SERCEL / CGG HOLDINGS (U.S.) INC. | 17200 PARK ROW DRIVE HOUSTON, TX 77084 |

**CGG Holding (U.S.) Inc.**                                                                                   **Case Number:**          **17-11637**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Other Agreements** | | | | | |
| 2. 8    PAYMENT AND INDEMNITY AGREEMENT | | PIA | ☐ | U.S. SPECIALTY INSURANCE COMPANY - INDEMCO L.P. | 777 POST OAK BLVD. HOUSTON, TX 77056 |
| 2. 9    PAYMENT AND INDEMNITY AGREEMENT | | PIA | ☐ | U.S. SPECIALTY INSURANCE COMPANY - SURETY | 13403 NORTHWEST FREEWAY HOUSTON, TX 77040-6094 |

CGG Holding (U.S.) Inc.                                                                    Case Number:        **17-11637**

## Schedule G: Executory Contracts and Unexpired Leases

**TOTAL NUMBER OF CONTRACTS: 9**

| CGG Holding (U.S.) Inc. | Case Number: | 17-11637 |
|---|---|---|

## Schedule H: Codebtors

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**

   Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.1　ALITHEIA RESOURCES INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.2　CGG CANADA SERVICES LIMITED<br>2200, 715 – 5TH AVENUE SW<br>CALGARY, AB T2P 5A2<br>CANADA | BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.3　CGG HOLDING B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.4　CGG HOLDING I (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.5　CGG HOLDING II (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.6　CGG LAND (US) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.7　CGG MARINE B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.8　CGG MARINE RESOURCES NORGE AS<br>LILLEAKERVEIEN 6A<br>OSLO 0283<br>NORWAY | BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.9　CGG S.A.<br>33 AVENUE DU MAINE<br>PARIS 75015<br>FRANCE | BANK OF NEW YORK MELLON AS AGENT FOR 5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |

**CGG Holding (U.S.) Inc.**                                        **Case Number:**    **17-11637**

## Schedule H: Codebtors

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|:---:|:---:|:---:|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.10  CGG SERVICES (U.S.) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR<br>5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.11  SERCEL AUSTRALIA PTY. LTD.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | BANK OF NEW YORK MELLON AS AGENT FOR<br>5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.12  SERCEL CANADA LIMITED<br>#6 4393 14 ST NE<br>CALGARY, AB T2E 7A9<br>CANADA | BANK OF NEW YORK MELLON AS AGENT FOR<br>5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.13  SERCEL INC.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | BANK OF NEW YORK MELLON AS AGENT FOR<br>5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.14  SERCEL-GRC CORP.<br>6540 EAST APACHE STREET<br>TULSA, OK 74115 | BANK OF NEW YORK MELLON AS AGENT FOR<br>5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.15  VIKING MARITIME INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR<br>5.875% SENIOR UNSECURED NOTES DUE 2020 | ☐ | ☑ | ☐ |
| 2.16  ALITHEIA RESOURCES INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR 6.5%<br>SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.17  CGG CANADA SERVICES LIMITED<br>2200, 715 – 5TH AVENUE SW<br>CALGARY, AB T2P 5A2<br>CANADA | BANK OF NEW YORK MELLON AS AGENT FOR 6.5%<br>SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.18  CGG HOLDING B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | BANK OF NEW YORK MELLON AS AGENT FOR 6.5%<br>SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.19  CGG HOLDING I (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | BANK OF NEW YORK MELLON AS AGENT FOR 6.5%<br>SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.20  CGG HOLDING II (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | BANK OF NEW YORK MELLON AS AGENT FOR 6.5%<br>SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |

**CGG Holding (U.S.) Inc.**                                   **Case Number:**        **17-11637**

## Schedule H: Codebtors

| Column 1 | Column 2 | Applicable Schedule | | |
|----------|----------|:---:|:---:|:---:|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.21  CGG LAND (US) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.22  CGG MARINE B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.23  CGG MARINE RESOURCES NORGE AS<br>LILLEAKERVEIEN 6A<br>OSLO 0283<br>NORWAY | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.24  CGG S.A.<br>33 AVENUE DU MAINE<br>PARIS 75015<br>FRANCE | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.25  CGG SERVICES (U.S.) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.26  SERCEL AUSTRALIA PTY. LTD.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.27  SERCEL CANADA LIMITED<br>#6 4393 14 ST NE<br>CALGARY, AB T2E 7A9<br>CANADA | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.28  SERCEL INC.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.29  SERCEL-GRC CORP.<br>6540 EAST APACHE STREET<br>TULSA, OK 74115 | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.30  VIKING MARITIME INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR 6.5% SENIOR UNSECURED NOTES DUE 2021 | ☐ | ☑ | ☐ |
| 2.31  ALITHEIA RESOURCES INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR 6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |

**CGG Holding (U.S.) Inc.**                                                    **Case Number:**     **17-11637**

## Schedule H: Codebtors

| Column 1 | | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | | **Creditor Name** | **D** | **E/F** | **G** |
| 2.32 | CGG CANADA SERVICES LIMITED<br>2200, 715 – 5TH AVENUE SW<br>CALGARY, AB T2P 5A2<br>CANADA | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.33 | CGG HOLDING B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.34 | CGG HOLDING I (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.35 | CGG HOLDING II (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.36 | CGG LAND (US) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.37 | CGG MARINE B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.38 | CGG MARINE RESOURCES NORGE AS<br>LILLEAKERVEIEN 6A<br>OSLO 0283<br>NORWAY | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.39 | CGG S.A.<br>33 AVENUE DU MAINE<br>PARIS<br>FRANCE | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.40 | CGG SERVICES (U.S.) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.41 | SERCEL AUSTRALIA PTY. LTD.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.42 | SERCEL CANADA LIMITED<br>#6 4393 14 ST NE<br>CALGARY, AB T2E 7A9<br>CANADA | BANK OF NEW YORK MELLON AS AGENT FOR<br>6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |

**CGG Holding (U.S.) Inc.**                                              **Case Number:**          **17-11637**

## Schedule H: Codebtors

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.43 SERCEL INC.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | BANK OF NEW YORK MELLON AS AGENT FOR 6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.44 SERCEL-GRC CORP.<br>6540 EAST APACHE STREET<br>TULSA, OK 74115 | BANK OF NEW YORK MELLON AS AGENT FOR 6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.45 VIKING MARITIME INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | BANK OF NEW YORK MELLON AS AGENT FOR 6.875% SENIOR UNSECURED NOTES DUE 2022 | ☐ | ☑ | ☐ |
| 2.46 ALITHEIA RESOURCES INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | CGG US ENTITIES | ☐ | ☐ | ☑ |
| 2.47 CGG LAND (US) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | CGG US ENTITIES | ☐ | ☐ | ☑ |
| 2.48 CGG SERVICES (U.S.) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | CGG US ENTITIES | ☐ | ☐ | ☑ |
| 2.49 VIKING MARITIME INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | CGG US ENTITIES | ☐ | ☐ | ☑ |
| 2.50 SERCEL INC.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | SERCEL / CGG HOLDINGS (U.S.) INC. | ☐ | ☐ | ☑ |
| 2.51 SERCEL-GRC CORP.<br>6540 EAST APACHE STREET<br>TULSA, OK 74115 | SERCEL / CGG HOLDINGS (U.S.) INC. | ☐ | ☐ | ☑ |
| 2.52 ALITHEIA RESOURCES INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST (ADMINISTRATIVE AGENT) - RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.53 CGG HOLDING B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | WILMINGTON TRUST (ADMINISTRATIVE AGENT) - RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.54 CGG HOLDING I (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | WILMINGTON TRUST (ADMINISTRATIVE AGENT) - RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |

**CGG Holding (U.S.) Inc.**                                        **Case Number:**        **17-11637**

## Schedule H: Codebtors

| Column 1 | Column 2 | Applicable Schedule | | |
|----------|----------|:---:|:---:|:---:|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.55  CGG HOLDING II (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | WILMINGTON TRUST (ADMINISTRATIVE AGENT) -<br>RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.56  CGG LAND (US) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST (ADMINISTRATIVE AGENT) -<br>RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.57  CGG MARINE B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | WILMINGTON TRUST (ADMINISTRATIVE AGENT) -<br>RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.58  CGG MARINE RESOURCES NORGE AS<br>LILLEAKERVEIEN 6A<br>OSLO 0283<br>NORWAY | WILMINGTON TRUST (ADMINISTRATIVE AGENT) -<br>RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.59  CGG S.A.<br>33 AVENUE DU MAINE<br>PARIS 75015<br>FRANCE | WILMINGTON TRUST (ADMINISTRATIVE AGENT) -<br>RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.60  CGG SERVICES (U.S.) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST (ADMINISTRATIVE AGENT) -<br>RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.61  SERCEL INC.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | WILMINGTON TRUST (ADMINISTRATIVE AGENT) -<br>RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.62  SERCEL-GRC CORP.<br>6540 EAST APACHE STREET<br>TULSA, OK 74115 | WILMINGTON TRUST (ADMINISTRATIVE AGENT) -<br>RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.63  VIKING MARITIME INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST (ADMINISTRATIVE AGENT) -<br>RESTATED CREDIT AGREEMENT | ☑ | ☐ | ☐ |
| 2.64  ALITHEIA RESOURCES INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST (LONDON LIMITED) AS<br>ADMINISTRATIVE AGENT FOR MULTICURRENCY<br>REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.65  CGG HOLDING B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | WILMINGTON TRUST (LONDON LIMITED) AS<br>ADMINISTRATIVE AGENT FOR MULTICURRENCY<br>REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |

| CGG Holding (U.S.) Inc. | | Case Number: | | 17-11637 |

## Schedule H: Codebtors

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|
| Codebtor Name and Mailing Address | Creditor Name | D | E/F | G |
| 2.66 CGG HOLDING I (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.67 CGG HOLDING II (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.68 CGG LAND (US) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.69 CGG MARINE B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.70 CGG MARINE RESOURCES NORGE AS<br>LILLEAKERVEIEN 6A<br>OSLO 0283<br>NORWAY | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.71 CGG S.A.<br>33 AVENUE DU MAINE<br>PARIS 75015<br>FRANCE | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.72 CGG SERVICES (U.S.) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.73 SERCEL INC.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.74 SERCEL-GRC CORP.<br>6540 EAST APACHE STREET<br>TULSA, OK 74115 | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.75 VIKING MARITIME INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST (LONDON LIMITED) AS ADMINISTRATIVE AGENT FOR MULTICURRENCY REVOLVING FACILITY AGREEMENT | ☑ | ☐ | ☐ |
| 2.76 ALITHEIA RESOURCES INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |

CGG Holding (U.S.) Inc.                                                      Case Number:        17-11637

## Schedule H: Codebtors

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.77 CGG HOLDING B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.78 CGG HOLDING I (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.79 CGG HOLDING II (UK) LIMITED<br>CROMPTON WAY, MANOR ROYAL ESTATE<br>CRAWLEY, TX RH109QN<br>UNITED KINGDOM | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.80 CGG LAND (US) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.81 CGG MARINE B.V.<br>BORDEWIJKLAAN 58<br>THE HAGUE 2591XR<br>NETHERLANDS | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.82 CGG MARINE RESOURCES NORGE AS<br>LILLEAKERVEIEN 6A<br>OSLO 0283<br>NORWAY | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.83 CGG S.A.<br>33 AVENUE DU MAINE<br>PARIS 75015<br>FRANCE | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.84 CGG SERVICES (U.S.) INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.85 SERCEL INC.<br>17200 PARK ROW DRIVE<br>HOUSTON, TX 77084 | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.86 SERCEL-GRC CORP.<br>6540 EAST APACHE STREET<br>TULSA, OK 74115 | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.87 VIKING MARITIME INC.<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX 77072 | WILMINGTON TRUST AS ADMINISTRATIVE AGENT FOR TERM LOAN CREDIT FACILITY | ☑ | ☐ | ☐ |

## Schedule H: Codebtors

**Total Number of Co-Debtor / Creditor rows: 87**

Fill in this information to identify the case:

Debtor Name:    CGG Holding (U.S.) Inc.

United States Bankruptcy Court for the:    Southern District of New York

Case Number (if known):    17-11637

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property**  (Official Form 206A/B)

    1a. **Real property:**

    Copy line 88 from Schedule A/B .................................................................... $0

    1b. **Total personal property:**

    Copy line 91A from Schedule A/B .................................................................... $180,569,907

    **+** _____

    1c. **Total of all property:**

    Copy line 92 from Schedule A/B .................................................................... $180,569,907

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property**   (Official Form 206D)

    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D   .............................. $809,071,150

3. **Schedule E/F: Creditors Who Have Unsecured Claims**   (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 6a of Schedule E/F .................................................. $0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F ...................................... $2,636,047,105

    **+** _____

4. **Total liabilities**

    Lines 2 + 3a + 3b   .......................................................................... $3,445,118,255

**Specific Notes**

Personal property does not include intercompany receivables.

Page 1 of 1 to Summary of Assets and Liabilities

Fill in this information to identify the case and this filing:

Debtor Name:     CGG Holding (U.S.) Inc.

United States Bankruptcy Court for the:    Southern District of New York

Case Number (if known):    17-11637

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

Warning -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [X] Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

- [X] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

- [X] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

- [X] Schedule G:  Executory Contracts and Unexpired Leases (Official Form 206G)

- [X] Schedule H: Codebtors (Official Form (206H)

- [X] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

- [ ] Amended Schedule _____

- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:**    July 27, 2017          **Signature:**  /s/ Vincent Thielen

Vincent Thielen, Director

**Name and Title**